**HUNTON ANDREWS KURTH LLP**
Justin F. Paget (*Pro hac vice* pending)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (*Pro hac vice* pending)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804)788-8200

*Proposed Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**Allied Telecom Group, LLC,**<br><br>Debtor. | Chapter 11<br><br>Case No. 25-00599 (ELG) |

**MOTION PURSUANT TO LOCAL BANKRUPTCY RULE**
**2090-1(b) FOR ADMISSION *PRO HAC VICE* OF JUSTIN F. PAGET**

Pursuant to Local Bankruptcy Rule 2090-1(b), Jennifer E. Wuebker, Esquire, a member in good standing of the bar of this Court, representing Allied Telecom Group, LLC, moves the admission of Justin F. Paget, Esquire, to appear *pro hac vice* in the above-captioned proceedings and, in support thereof, states as follows:

1. Mr. Paget is a member in good standing of the Bar of the Commonwealth of Virginia and is admitted to practice before the United States District Court for the Eastern District of Virginia, the United States Bankruptcy Court for the Eastern District of Virginia, the United States District Court for the Western District of Virginia, the United States Bankruptcy Court for the Western District of Virginia, and the United States Court of Appeals for the Fourth Circuit.

2. Pursuant to Local Bankruptcy Rule 2090-1(b), "an attorney who is not a member of the Bar of the United States District Court for the District of Columbia, but who is a member in good standing in every jurisdiction where the attorney has been admitted to practice and is not subject to pending disciplinary proceedings as a member of the Bar in any jurisdiction, may appear

by leave of Court. Such attorney shall, contemporaneous with the making of such appearance, file a Motion for Admission Pro Hac Vice to appear before this Court, which need not be signed by any other attorney, along with the applicable filing fee."

3. The undersigned respectfully requests that the Court allow Mr. Paget to file pleadings and appear *pro hac vice* on behalf of Allied Telecom Group, LLC in this chapter 11 case.

4. Mr. Paget's certification of compliance with this Court's Local Rule is appended to this Motion as <u>Exhibit A</u> and incorporated herein by reference.

5. The undersigned has provided notice of this Motion to the United States Trustee and all parties entitled to receive electronic notice in this chapter 11 case.

**WHEREFORE**, Jennifer E. Wuebker respectfully requests that the Court enter an Order, substantially in the form attached hereto as <u>Exhibit B</u>, permitting Justin F. Paget, Esquire to appear *pro hac vice* in the above-captioned chapter 11 case and granting such other and further relief as may be appropriate and just.

Dated: December 23, 2025
Richmond, Virginia

Respectfully submitted,

/s/ *Jennifer E. Wuebker*
Justin F. Paget (*Pro hac vice* pending)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (*Pro hac vice* pending)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:    (804)788-8200
Facsimile:    (804)788-8218
Email:    jpaget@hunton.com
    jwuebker@hunton.com
    nmonico@hunton.com

*Proposed Counsel for the Debtor and Debtor in Possession*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of December, a copy of the foregoing Motion was filed and served electronically using the Court's ECF System to all parties receiving electronic notice, and via email and First Calss Mail to the Office of the United States Trustee at USTP.Region04@usdoj.gov and Michael.T.Freeman@usdoj.gov and:

Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314

                                                /s/ *Jennifer E. Wuebker*
                                                Jennifer E. Wuebker