**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Chapter 11 |
| **Allied Telecom Group, LLC,** | Case No. 25-00599 (ELG) |
| Debtor. | |

**CERTIFICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER**
**LOCAL BANKRUPTCY RULE 2090-1(b) FOR**
**ADMISSION *PRO HAC VICE* OF JUSTIN F. PAGET**

I hereby certify that I am a member in good standing of the Bar of the Commonwealth of Virginia and am admitted to practice before the United States District Court for the Eastern District of Virginia, the United States Bankruptcy Court for the Eastern District of Virginia, the United States District Court for the Western District of Virginia, the United States Bankruptcy Court for the Western District of Virginia, and the United States Court of Appeals for the Fourth Circuit.

I certify further that I am not the subject of any disciplinary proceedings in Virginia or any other jurisdiction. Further, I have read the Local Rules of this Court and certify that my knowledge of the Local Rules of this Court, as well as the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and the Federal Rules of Evidence, is current.

I solemnly affirm under the penalties of perjury that the information set forth herein is true and accurate.

Dated: December 23, 2025
Richmond, Virginia

/s/ *Justin F. Paget*
Justin F. Paget (*Pro hac vice* pending)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:    (804)788-8200
Facsimile:    (804)788-8218
Email:    jpaget@hunton.com

*Proposed Counsel for the Debtor and Debtor in Possession*