The order below is hereby signed.

Signed: December 23 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **Allied Telecom Group, LLC,** | |
| **Debtor.** | **Case No. 25-00599 (ELG)** |

### ORDER GRANTING DEBTOR'S MOTION TO EXPEDITE HEARING ON, AND TO SHORTEN TIME TO RESPOND TO, FIRST DAY MOTIONS

Upon consideration of the *Debtor's Motion to Expedite Hearing On, and to Shorten Time to Respond To, First Day Motions* [Docket No. 7] (the "***Motion***")[1] filed by the above-captioned debtor and debtor in possession (the "***Debtor***"), pursuant to which the Debtor seeks authority to expedite a hearing on and shorten time to respond to the First Day Motions; the Court finding that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b); venue being proper in this court pursuant

---

[1] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Motion.

**HUNTON ANDREWS KURTH LLP**
Justin F. Paget (*Pro hac vice* pending)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (*Pro hac vice* pending)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804)788-8200

*Proposed Counsel for Debtor and Debtor in Possession*

to 28 U.S.C. §§ 1408 and 1409; notice of the Motion having been adequate and appropriate under the circumstances; and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein, it is hereby ORDERED that:

1.      The Motion is GRANTED.

2.      An expedited hearing on the First Day Motions will be held on December 30, 2025 at 9:30 a.m. (prevailing Eastern Time) via zoom teleconference. Objections to the relief sought in the First Day Motions may be filed electronically with the Court through and including the date and time of the Hearing.  Notwithstanding the foregoing, the requirement for filing a formal, written objection to any First Day Motion is hereby waived.  The Hearing will be conducted either in person, at the United States Bankruptcy Court, Courtroom 1, United States Courthouse,  333 Constitution Avenue, NW, Washington, D.C. 20001, or virtually, by Zoom.  To the extent any party wishes to appear virtually, parties may contact Gunn_Hearings@dcb.uscourts.gov for Zoom access codes and for permission to appear virtually.

3.      The Debtor is authorized to take all actions necessary to implement the relief granted herein.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

The Debtor is directed to serve notice a copy of this Order on the same parties that were provided service of the Motion as well as all parties being served notice of the First Day Motions and file a proof of service prior to the hearing on the First Day Motions.

*[Endorsements follow]*

WE ASK FOR THIS:

/s/ *Jennifer E. Wuebker*
Justin F. Paget (*Pro hac vice* pending)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (*Pro hac vice* pending)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:     (804)788-8200
Facsimile:     (804)788-8218
Email:         jpaget@hunton.com
               jwuebker@hunton.com
               nmonico@hunton.com

*Proposed Counsel for the Debtor and Debtor
in Possession*

SEEN AND NOT OBJECTED TO:

/s/ *Kristen S. Eustis* (with express written permission)
Kristen S. Eustis
Trial Attorney, Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 23314
Telephone:     (703)557-7227
Email:         Kirsten.S.Eustis@usdoj.gov