# Notice Recipients

District/Off: 0090−1   User: admin   Date Created: 12/23/2025
Case: 25−00599−ELG   Form ID: pdf001   Total: 3

**Recipients of Notice of Electronic Filing:**
ust   U. S. Trustee for Region Four   USTPRegion04.DC.ECF@USDOJ.GOV
aty   Jennifer Ellen Wuebker   jwuebker@hunton.com
aty   Kristen S. Eustis   Kristen.S.Eustis@usdoj.gov

TOTAL: 3