**HUNTON ANDREWS KURTH LLP**
Justin F. Paget (*Pro hac vice* pending)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (*Pro hac vice* pending)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804)788-8200

*Proposed Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Allied Telecom Group, LLC,** | **Case No. 25-00599 (ELG)** |
| **Debtor.** | |

**NOTICE UNDER LOCAL BANKRUPTCY RULES 9013-1 OF**
**HEARING AND OPPORTUNITY TO OBJECT TO FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that Allied Telecom Group, LLC (the "***Debtor***"), has filed the following motions (the "***First Day Motions***"):

1. "**Cash Collateral Motion**" – *Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to Use Cash Collateral and Granting Adequate Protection* [Docket No. 2];

2. "**Wages Motion**" – *Debtor's Motion for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Pay Certain Prepetition Wages, Salaries, Employee Benefits, Expenses, and Other Compensation, and (B) Maintain Employee Benefits Programs; and (II) Directing Financial Institutions to Honor Related Checks and Transfers* [Docket No. 3];

3. "**Cash Management Motion**" – *Debtor's Motion for Entry of Interim and Final Orders Authorizing the Debtor to (I) Maintain Existing Bank Accounts and Business Forms, and (II) Continue to Use Existing Cash Management Systems* [Docket No. 4];

4. "**Lease Rejection Motion**" – *Debtor's Motion to Reject Unexpired Non-Residential Lease Effective as of the Petition Date* [Docket No. 5]; and

5. **"Extend Time to File Schedules and SOFA Motion"** – *Debtor's Motion for Entry of an Order Extending Time to File Schedules of Assets and Liabilities and Statement of Financial Affairs* [Docket No. 6];

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one). A copy of the First Day Motions are being sent with this notice.**

If you do not want the Court to grant the relief sought in the First Day Motions, or if you want the Court to consider your views on the First Day Motions **then you must file a written objection or appear at the Hearing (as defined below)**. The requirement to file a written objection and proposed order with the Clerk of the Bankruptcy Court is waived due to the expedited nature of the Hearing (though parties may file written objections should they so choose).

If you or your attorney do not appear at the Hearing, the Court may decide that you do not oppose the relief sought in the First Day Motions and may grant the relief requested.

**NOTICE OF HEARING.** An expedited hearing on the First Day Motions will be held before Elizabeth L. Gunn, United States Bankruptcy Judge, on **December 30, 2025 at 9:30 a.m. (prevailing Eastern Time)** via zoom teleconference (the "*Hearing*"). Objections to the relief sought in the First Day Motions may be filed electronically with the Court through and including the date and time of the Hearing. Notwithstanding the foregoing, the requirement for filing a formal, written objection to any First Day Motion is hereby waived. The Hearing will be conducted either in person, at the United States Bankruptcy Court, Courtroom 1, United States Courthouse, 333 Constitution Avenue, NW, Washington, D.C. 20001, or virtually, by Zoom. To the extent any party wishes to appear virtually, parties may contact Gunn_Hearings@dcb.uscourts.gov for Zoom access codes and for permission to appear virtually.

Dated: December 23, 2025
Richmond, Virginia

                                        Respectfully submitted,

                                        /s/ *Jennifer E. Wuebker*
                                        Justin F. Paget (*Pro hac vice* pending)
                                        Jennifer E. Wuebker (D.C. Bar No. 1035039)
                                        Nicholas S. Monico (*Pro hac vice* pending)
                                        **HUNTON ANDREWS KURTH LLP**
                                        951 E. Byrd Street
                                        Richmond, Virginia 23219
                                        Telephone:    (804)788-8200
                                        Facsimile:     (804)788-8218
                                        Email:           jpaget@hunton.com
                                                                    jwuebker@hunton.com
                                                                    nmonico@hunton.com

                                        *Proposed Counsel for the Debtor and Debtor in Possession*