# Notice Recipients

District/Off: 0090−1 | User: admin | Date Created: 12/29/2025
Case: 25−00599−ELG | Form ID: pdf001 | Total: 1

**Recipients of Notice of Electronic Filing:**
aty   Jennifer Ellen Wuebker   jwuebker@hunton.com

TOTAL: 1