**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Allied Telecom Group, LLC,** | Case No. 25-00599-ELG |
| Debtor. | |

**MOTION PURSUANT TO LOCAL BANKRUPTCY RULE**
**2090-1(b) FOR ADMISSION *PRO HAC VICE* OF EDMOND M. GEORGE**

**COMES NOW**, Edmond M. George, Esquire ("Movant"), and files this Motion Pursuant to Local Bankruptcy Rule 2090-1(b) for Admission Pro Hac Vice, in support thereof, states as follows:

1. Movant seeks permission to appear before this Court for the purpose of representing Quaint Oak Bank in the above-captioned case.

2. As set forth in the Declaration attached hereto as Exhibit "A", Movant is a member in good standing of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, and the District of Columbia. I am also admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

3. Pursuant to Local Bankruptcy Rule 2090-1(b), "an attorney who is not a member of the Bar of the United States District Court for the District of Columbia, but who is a member in good standing in every jurisdiction where the attorney has been admitted to practice and is not subject to pending disciplinary proceedings as a member of the Bar in any jurisdiction, may appear by leave of Court. Such attorney shall, contemporaneous with the making of such appearance, file

4897-6595-4693 v1

a Motion for Admission Pro Hac Vice to appear before this Court, which need not be signed by any other attorney, along with the applicable filing fee."

4. If admitted for the purposes stated above, Movant agrees to abide by the Local Rules of this Court.

5. The undersigned has provided notice of this Motion to the United States Trustee and all parties entitled to receive electronic notice in this chapter 11 case.

**WHEREFORE**, for the foregoing reasons, Movant prays the Court grant this Motion to Appear *Pro Hac Vice*, enter an Order in the form attached permitting Movant to appear before this Court for the limited purposes of representing Quaint Oak Bank in connection with all proceedings related to the administration of this Chapter 11 case, and for such other and further relief as is appropriate and proper.

Respectfully Submitted,

Dated: December 30, 2025
Philadelphia, PA

By: */s/ Edmond M. George*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
215-665-3140 – Telephone
215-665-3165 – Facsimile
Email: edmond.george@obermayer.com
       michael.vagnoni@obermayer.com

*Counsel to Quaint Oak Bank*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 30, 2025, a true and correct copy of the Motion to Appear Pro Hac Vice was served via this Court's CM/ECF notification system to all parties registered to receive such notice.

                                      */s/ Edmond M. George*
                                      Edmond M. George

4897-6595-4693 v1