IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Chapter 11 |
| Allied Telecom Group, LLC, | Case No. 25-00599-ELG |
| Debtor. | |

**DECLARATION OF EDMOND M. GEORGE IN SUPPORT OF MOTION PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(b) FOR ADMISSION *PRO HAC VICE***

I, Edmond M. George, hereby make the following declaration pursuant to 28 U.S. Code § 1746 in support of the *Motion Pursuant to Local Bankruptcy Rule 2090-1(b) for Admission Pro Hac Vice* (the "Motion"):

1. I am an attorney with the law firm of Obermayer Rebmann Maxwell & Hippel LLP with offices at Centre Square West, 1500 Market Street, Suite 3400, Philadelphia, PA 19102; telephone (215) 665-3140; e-mail: edmond.george@obermayer.com.

2. I am not a member of the Bar of this Court.

3. I am a member in good standing of the Bars of the Commonwealth of Pennsylvania, the State of New Jersey, and the District of Columbia. I am also admitted to practice before the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Middle District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States Court of Appeals for the Third Circuit.

4. I have never been disciplined by any bar.

5. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States Bankruptcy Court for the District of Columbia, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understand that I shall be subject to the disciplinary

4897-6595-4693 v1

jurisdiction of this Court.

      6.      I understand that admission *pro hac vice* does not constitute formal admission to the Bar of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: December 30, 2025      By: */s/ Edmond M. George*
      Edmond M. George, Esquire

4897-6595-4693 v1