**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** : | **Chapter 11** |
| : | |
| **Allied Telecom Group, LLC,** : | **Case No. 25-00599-ELG** |
| : | |
| **Debtor.** : | |
| : | |

**ORDER GRANTINGMOTION PURSUANT TO LOCAL BANKRUPTCY RULE
2090-1(b) FOR ADMISSION *PRO HAC VICE* OF EDMOND M. GEORGE**

Upon Consideration of the *Motion Pursuant to Local Bankruptcy Rule 2090-1(b) for Admission Pro Hac Vice of Edmond M. George* (the "Motion"), the Court finds good and sufficient cause exists for granting the relief requested in the Motion, and after having given due deliberation upon the Motion, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, ADJUDGED, AND DECREED THAT

1.  The Motion is GRANTED;

4897-6595-4693 v1

2. Edmond M. George is permitted to appear *pro hac vice* in the above-captioned chapter 11 case and any related proceedings in accordance with Rule 2090-1(b) of the *Local Rules of the United States Bankruptcy Court for the District of Columbia*;

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, or enforcement of this Order.

**END OF ORDER**


SUBMITTED BY:

*/s/ Edmond M. George*
Edmond M. George, Esquire
Michael D. Vagnoni, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Centre Square West
1500 Market Street, Suite 3400
Philadelphia, PA 19102
215-665-3140 – Telephone
215-665-3165 – Facsimile
Email: edmond.george@obermayer.com
       michael.vagnoni@obermayer.com

*Counsel to Quaint Oak Bank*

4897-6595-4693 v1