**HUNTON ANDREWS KURTH LLP**
Justin F. Paget (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Allied Telecom Group, LLC,** | |
| **Debtor.** | **Case No. 25-00599 (ELG)** |

**NOTICE OF (I) CANCELLATION OF AUCTION,**
**(II) SUCCESSFUL BIDDER, AND (III) SALE HEARING**

**PLEASE TAKE NOTICE THAT**:

1.      On April 3, 2026, Allied Telecom Group, LLC, the above-captioned debtor and debtor in possession (the "***Debtor***") filed with the Court the *Debtor's Motion for (A) Entry of an Order (I) Approving Bidding Procedures, (II) Approving Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (III) Approving Stalking Horse Protections, (IV) Scheduling Bid Deadline, Auction Date, and Sale Hearing Date, and (V) Approving Form of Notice Thereof; (B) Entry of an Order After the Sale Hearing (I) Authorizing the Debtor to Sell Its Assets, and (II) Authorizing the Debtor to Assume and Assign Certain Executory Contracts and Unexpired Leases; and (C) Granting Related Relief* [Docket No.  114] (the "***Sale Motion***").[1]

2.      After the Bidding Procedures Hearing held on April 22, 2026, the Court entered the order [Docket No. 131] (the "***Bidding Procedures Order***"), which, among other things, establishes bidding procedures (the "***Bidding Procedures***") that govern the manner in which the assets of the Debtor are to be marketed and sold.  In the event the Debtor received one or more Qualified Bids, the Bidding Procedures provide that the Debtor will conduct an Auction.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Motion, the Bidding Procedures Order, or the Stalking Horse Agreement [Docket No. 136, Exhibit 1], as applicable.

3.      On May 22, 2026, the Court entered an order approving LightCore MetroNet, LLC as the Stalking Horse Purchaser and deeming the Stalking Horse Agreement a Qualified Bid;

4.      On May 27, 2026, the Bid Deadline occurred.  The Debtor did not receive any Bids aside from the Stalking Horse Bid.  Accordingly, the Auction is cancelled.

5.      LightCore MetroNet, LLC is the Successful Bidder.

6.      The Successful Bid provides a Cash Purchase Price of $1,000,000 (subject to adjustment in accordance with section 2.5(c) of the Stalking Horse Agreement) and assumption of Assumed Liabilities, including Cure Amounts, as consideration for the Purchased Assets.

7.      The Debtor will appear before the Court and seek entry of an order (i) authorizing the sale of the Purchased Assets to the Successful Bidder, free and clear of liens, claims, and encumbrances; (ii) authorizing the Debtor to assume and assign the Assigned Contracts; and (iii) granting certain related relief at the Sale Hearing scheduled at **10:00 a.m. (ET) on June 10, 2026** (the "***Sale Hearing***").  Parties mat contact Gunn_Hearings@dcb.uscourts.gov for Zoom access codes and permission to appear virtually.  Parties may otherwise attend the hearing in person at the United States Bankruptcy Court, Courtroom 1, United States Courthouse, 333 Constitution Avenue, NW, Washington, D.C. 20001.

8.      In accordance with the Bidding Procedures Order, any Sale Objection must (a) be set forth in writing and describe with specificity the factual and legal basis for the Sale Objection, (b) comply with the Bankruptcy Rules and Local Rules, and (c) be filed with the Clerk of the Court by no later than **4:00 p.m. (ET) on June 5, 2026**.  If you or your attorney do not file a response and appear at the Sale Hearing, the Court may decide that you do not oppose the relief sought and may grant the relief requested.

9.      Additional information regarding the sale process, including copies of the Sale Motion, the Bidding Procedures Order and the Bidding Procedures, and the Stalking Horse Agreement are available by contacting Debtor's counsel using the contact information below or by accessing the documents via PACER.

[*Remainder of page intentionally left blank*]

Dated: May 28, 2026
Richmond, Virginia

Respectfully submitted,

/s/ *Nicholas S. Monico*

Justin F. Paget (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Nicholas S. Monico (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone:     (804) 788-8200
Facsimile:     (804) 788-8218
Email:          jpaget@hunton.com
                jwuebker@hunton.com
                nmonico@hunton.com

*Counsel for the Debtor and Debtor in Possession*