# Exhibit A

# Government of the District of Columbia

Corporations Division
Entity Information
Search
Entity Search
Entity Information

Back

Record Name
Lightcore Metronet LLC
Entity Type
Domestic Limited Liability Company
Election Type
N/A
Initial File No.
L00008482328
Entity Status
Active - Not in Good Standing
Street Address
2000 Pennsylvania Ave NW, Suite 5007, Washington, DC, 20006, USA
Mailing Address
2000 Pennsylvania Ave NW, Suite 5007, Washington, DC, 20006, USA
Entity Email
regulatory@lightcoremetro.net
File Date
07/30/2025
Effective Date
07/30/2025
Purpose
Wholesale Telecommunications

## Biennial Report Information

Report Status
Due - Not Filed
Final Report Deadline
04/01/2026

## Registered Agent Information

Agent Name
INCORP SERVICES, INC.
Agent Type
Entity
Status
Active
Effective Date of the Resignation
N/A
Agent Email
processing@incorp.com
Agent Phone
N/A
Street Address
1100 H STREET NW, SUITE 840, WASHINGTON, DC, 20005, USA
Commercial RA?
Yes

## Beneficial Owner Information (1)

Name
SWDC Ventures LLC
Type
Individual
Entity/Street Address
30 N. Gould Street, Suite R, Sheridan, WY, 82801, USA

## Organizer Information (1)

Name
SWDC Ventures, LLC
Street Address
30 N Gould, Suite R, Sheridan, WY, 82801, USA
Mailing Address
None

## Trade Name Information

No Records Found.



This entity's filing history is shown below. For filings done prior to 12/2025, documents will only available for filings submitted online. Filings submitted in-person or by mail will prior to 12/2025 will show 'No documents found.'

**Note:** Older entities may have additional filings not listed here. Contact Corporations Division at dlcp.corp@dc.gov for questions about filing history or documents on record.

| Filing Number | Filing Date | Effective Date | Filing Type | Actions |
|---|---|---|---|---|
| L00008482328-01 | 02/24/2026 | 02/24/2026 | Amendment |  |
| L00008482328 | 07/30/2025 | 07/30/2025 | Initial | |

| Light | Dark |
|---|---|

1100 4th Street SW, Washington, DC 20024Phone: (202) 671-4500

Sitemap

ginal text
e this translation
r feedback will be used to help improve Google Translate

