# Exhibit B

# Business Center

## DETAIL

RETURN TO YOUR SEARCH        FILE YOUR ANNUAL REPORT

SWDC Ventures, LLC

This detail reflects the current data for the filing in the system.

Print

**Name**
SWDC Ventures, LLC

**Filing ID**
2022-001196085

**Status**
Active

**Fictitious Name**

**Type**
Limited Liability Company - Domestic

**Sub Status**
Current

**Initial Filing**
12/14/2022

**Standing - Tax**
Good

**Standing - RA**
Good

**Standing - Other**
Good

**Term of Duration**
Perpetual

**Formed In**
Wyoming

**Principal Office**
800 Maine Ave SW, Suite 200
Washington, DC 20024
USA

**Mailing Address**
800 Maine Ave SW, Suite 200
Washington, DC 20024
USA

---

Additional Details

**Registered Agent:**
Registered Agents Inc
30 N Gould St Ste R
Sheridan, WY 82801 USA

**Latest AR/Year**
14791582 / 2025

**AR Exempt**
No

**License Tax Paid**
$60.00

---

History

## 2025 Original Annual Report - 14791582

Date: 12/02/2025

Delinquency Notice - Tax - 2025-006209132                     Date: 12/02/2025

2024 Original Annual Report - 10689431                        Date: 11/25/2024

RA Information Change - 2024-004984606                        Date: 06/10/2024

Reinstatement - Tax - 2024-004614554                         Date: 02/13/2024

2023 Original Annual Report - 09535672                       Date: 02/13/2024

Dissolution / Revocation - Tax - 2024-004603360              Date: 02/08/2024

Delinquency Notice - Tax - 2023-004492209                    Date: 12/02/2023

Address Update - 2023-004481409                              Date: 11/30/2023

Initial Filing - See Filing ID                               Date: 12/14/2022

<u>Public Notes</u>

No Public Notes Found...

<u>Parties</u>

Bob Lambert (Organizer)                                Organization:

Address: 23638 Lyons Avenue #223, Newhall, CA 91321

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only
**WY Secretary of State**
**FILED: Dec 14 2022  4:38PM**
**Original ID: 2022-001196085**

# Limited Liability Company
# Articles of Organization

**I.  The name of the limited liability company is:**
SWDC Ventures, LLC

**II.  The name and physical address of the registered agent of the limited liability company is:**
Registered Agents Inc
30 N Gould St Ste R
Sheridan, WY 82801

**III.  The mailing address of the limited liability company is:**
1740 H. Dell Range Blvd #281
Cheyenne, WY 82009

**IV.  The principal office address of the limited liability company is:**
1740 H. Dell Range Blvd #281
Cheyenne, WY 82009

**V.  The organizer of the limited liability company is:**
Bob Lambert
23638 Lyons Avenue #223, Newhall, CA 91321

**Signature:**  *Bob Lambert*  Date: **12/14/2022**

Print Name:  **Bob Lambert**

Title:  **Organizer**

Email:  **legaldepartment@lawyerslimited.com**

Daytime Phone #:  **(661) 253-3303**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

---

☑ I am the person whose signature appears on the filing; that I am authorized to file these documents on behalf of the business entity to which they pertain; and that the information I am submitting is true and correct to the best of my knowledge.

☑ I am filing in accordance with the provisions of the Wyoming Limited Liability Company Act, (W.S. 17-29-101 through 17-29-1105) and Registered Offices and Agents Act (W.S. 17-28-101 through 17-28-111).

☑ I understand that the information submitted electronically by me will be used to generate Articles of Organization that will be filed with the Wyoming Secretary of State.

☑ I intend and agree that the electronic submission of the information set forth herein constitutes my signature for this filing.

☑ I have conducted the appropriate name searches to ensure compliance with W.S. 17-16-401.

☑ I consent on behalf of the business entity to accept electronic service of process at the email address provided with Article IV, Principal Office Address, under the circumstances specified in W.S. 17-28-104(e).

**Notice Regarding False Filings: Filing a false document could result in criminal penalty and prosecution pursuant to W.S. 6-5-308.**

---

**W.S. 6-5-308. Penalty for filing false document.**

(a) A person commits a felony punishable by imprisonment for not more than two (2) years, a fine of not more than two thousand dollars ($2,000.00), or both, if he files with the secretary of state and willfully or knowingly:

(i) Falsifies, conceals or covers up by any trick, scheme or device a material fact;

(ii) Makes any materially false, fictitious or fraudulent statement or representation; or

(iii) Makes or uses any false writing or document knowing the same to contain any materially false, fictitious or fraudulent statement or entry.

---

☑ I acknowledge having read W.S. 6-5-308.

**Filer is:**    ☑ An Individual        ☐ An Organization

**Filer Information:**
**By submitting this form I agree and accept this electronic filing as legal submission of my Articles of Organization.**

| | | | |
|---|---|---|---|
| Signature: | *Bob Lambert* | Date: | 12/14/2022 |

Print Name:    **Bob Lambert**

Title:    **Organizer**

Email:    **legaldepartment@lawyerslimited.com**

Daytime Phone #:    **(661) 253-3303**



**Secretary of State**

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

# Consent to Appointment by Registered Agent

**Registered Agents Inc**, whose registered office is located at **30 N Gould St Ste R, Sheridan, WY 82801**, voluntarily consented to serve as the registered agent for **SWDC Ventures, LLC** and has certified they are in compliance with the requirements of W.S. 17-28-101 through W.S. 17-28-111.

I have obtained a signed and dated statement by the registered agent in which they voluntarily consent to appointment for this entity.

| | |
|---|---|
| **Signature:** *Bob Lambert* | Date: **12/14/2022** |

Print Name:    **Bob Lambert**

Title:    **Organizer**

Email:    **legaldepartment@lawyerslimited.com**

Daytime Phone #:    **(661) 253-3303**

# STATE OF WYOMING
## Office of the Secretary of State

I, KARL ALLRED, Secretary of State of the State of Wyoming, do hereby certify that the filing requirements for the issuance of this certificate have been fulfilled.

## CERTIFICATE OF ORGANIZATION

### SWDC Ventures, LLC

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **14th** day of **December, 2022** at **4:38 PM.**

Remainder intentionally left blank.



Filed Date: 12/14/2022

_____
Secretary of State

Filed Online By:

Bob Lambert

on 12/14/2022

# 2023      Limited Liability Company Annual Report

| | |
|---|---|
| Due on or Before: | December 1, 2023 |
| ID: | 2022-001196085 |
| State of Formation: | Wyoming |
| License Tax Paid: | $60.00 |
| AR Number: | 09535672 |

**For Office Use Only**

Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

## SWDC Ventures, LLC

### 1: Mailing Address

30 N GOULD ST STE R
Cheyenne, WY 82009

*Current Registered Agent:*
Registered Agents Inc
30 N Gould St Ste R
Sheridan, WY 82801

### 2: Principal Office Address

30 N GOULD ST STE R
Cheyenne, WY 82009

Phone: (307) 200-2803
Email: swdcven@ods.org

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> form available from the Secretary of State's website at https://sos.wyo.gov

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Andrew Gaidurgis | Andrew Gaidurgis | February 13, 2024 |
|---|---|---|
| Signature | Printed Name | Date |

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet;
2. Sign and date this form; and
3. Return both the form and worksheet to the Secretary of State at the address provided above.

**Wyoming Secretary of State**

Herschler Bldg East, Ste.100 & 101

Cheyenne, WY 82002-0020
Ph. 307-777-7311

For Office Use Only

**WY Secretary of State**
**FILED: Feb 13 2024 10:36AM**
**Original ID: 2022-001196085**
**Amendment ID: 2024-004614554**

# Limited Liability Company

# Certificate of Reinstatement

A Limited Liability Company may apply to the Secretary of State for reinstatement within two (2) years after the effective date of dissolution/revocation.

1. Name of the Limited Liability Company: **SWDC Ventures, LLC**

2. Effective date of dissolution/revocation:    **02/08/2024**

3. The grounds for dissolution/revocation have been eliminated.

| | | |
|---|---|---|
| **Signature:** | *Andrew Gaidurgis* | Date:  **02/13/2024** |
| Print Name: | **Andrew Gaidurgis** | |
| Title: | **Admin Agent** | |

Contact Person:    **Andrew Gaidurgis**

Email:    **swdcven@ods.org**

Daytime Phone #:    **(240) 531-7150**

# STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that the certificate of dissolution for the entitiy listed below has been canceled and this entity has been reinstated effective **February 13th**, **2024** as the grounds for dissolution/revocation have been eliminated.

CERTIFICATE OF REINSTATEMENT

**SWDC Ventures, LLC**

I have affixed hereto the Great Seal of the State of Wyoming and duly executed this official certificate at Cheyenne, Wyoming on this **13th** day of **February**, **2024** at **10:39 AM.**



Filed Date: 02/13/2024

_____
Secretary of State

Filed Online By:

Andrew Gaidurgis

on 02/13/2024

**2024**                  **Limited Liability Company Annual Report**

Due on or Before:     December 1, 2024
ID:                   2022-001196085
State of Formation:   Wyoming
License Tax Paid:     $60.00
AR Number:            10689431

For Office Use Only
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

**SWDC Ventures, LLC**

1:  Mailing Address

 30  N GOULD ST STE R
Cheyenne, WY 82009

2:  Principal Office Address

 30  N GOULD ST STE R
Cheyenne, WY 82009

Phone: (240) 531-7150
Email: swdcven@ods.org

*Current Registered Agent:*
Registered Agents Inc
30 N Gould St Ste R
Sheridan, WY 82801

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> form available from the Secretary of State's website at https://sos.wyo.gov

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Andrew Gaidurgis | Andrew Gaidurgis | November 25, 2024 |
|---|---|---|
| Signature | Printed Name | Date |

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet;
2. Sign and date this form; and
3. Return both the form and worksheet to the Secretary of State at the address provided above.

**2025**                    **Limited Liability Company Annual Report**

Due on or Before:    December 1, 2025
ID:    2022-001196085
State of Formation:    Wyoming
License Tax Paid:    $60.00
AR Number:    14791582

<u>For Office Use Only</u>
Wyoming Secretary of State
Herschler Bldg East, Ste.100 & 101, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wyo.gov/Business/AnnualReport.aspx

**SWDC Ventures, LLC**

## 1: Mailing Address

800 Maine Ave SW, Suite 200
Washington, DC 20024

*Current Registered Agent:*
Registered Agents Inc
30 N Gould St Ste R
Sheridan, WY 82801

## 2: Principal Office Address

800 Maine Ave SW, Suite 200
Washington, DC 20024

Phone: (202) 931-0009
Email: swdcven@ods.org

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the <u>appropriate</u> form available from the Secretary of State's website at https://sos.wyo.gov

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| Ken Williams | Ken Williams | December 2, 2025 |
|---|---|---|
| Signature | Printed Name | Date |

---

**The fee is $60 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1. Complete the required worksheet;
2. Sign and date this form; and
3. Return both the form and worksheet to the Secretary of State at the address provided above.