# Exhibit C

**Creditor 90 Day Payments: 9/23/25 to 12/23/25**

| Debtor Name | Creditor | Street Address | City | State | Zip | Reason for Payment | Payment Date | Paymount Amount | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Allied Telecom Group, LLC | 1400 CRYSTAL PROPERTY OWNER, L.P. | Vanderbilt Office Properties2550 South Clark Street, Suite 101 | Arlington | VA | 22202 | Other: Rent | 10/3/2025 | 69,980.89 | Rent |
| Allied Telecom Group, LLC | 1400 CRYSTAL PROPERTY OWNER, L.P. | Vanderbilt Office Properties2550 South Clark Street, Suite 101 | Arlington | VA | 22202 | Other: Rent | 11/6/2025 | 81,655.45 | Rent |
| Allied Telecom Group, LLC | Agent Commission, Association Resource Group Inc. (ARG Inc | Association Resource Group, Inc8665 Sudley Road #313 | Manassas | VA | 20110 | Services | 10/14/2025 | 19,783.83 | |
| Allied Telecom Group, LLC | Agent Commission, Association Resource Group Inc. (ARG Inc | Association Resource Group, Inc8665 Sudley Road #313 | Manassas | VA | 20110 | Services | 12/15/2025 | 19,059.14 | |
| Allied Telecom Group, LLC | Agent Commission, Association Resource Group Inc. (ARG Inc | Association Resource Group, Inc8665 Sudley Road #313 | Manassas | VA | 20110 | Services | 11/12/2025 | 20,495.74 | |
| Allied Telecom Group, LLC | Agent Commission, Bridgepointe Technologies LLC | 999 Baker WaySte 310 | San Mateo | CA | 94404 | Services | 11/12/2025 | 12,982.64 | |
| Allied Telecom Group, LLC | Agent Commission, Bridgepointe Technologies LLC | 999 Baker WaySte 310 | San Mateo | CA | 94404 | Services | 12/15/2025 | 9,535.67 | |
| Allied Telecom Group, LLC | Agent Commission, Bridgepointe Technologies LLC | 999 Baker WaySte 310 | San Mateo | CA | 94404 | Services | 10/14/2025 | 12,469.16 | |
| Allied Telecom Group, LLC | Agent Commission, FKA AppSmart Agent Services, Inc. | 447 Sutter St Ste 405 PMB1116 | San Francisco | CA | 94108 | Services | 10/16/2025 | 37,995.80 | |
| Allied Telecom Group, LLC | Agent Commission, FKA AppSmart Agent Services, Inc. | 447 Sutter St Ste 405 PMB1116 | San Francisco | CA | 94108 | Services | 12/15/2025 | 38,228.25 | |
| Allied Telecom Group, LLC | Agent Commission, FKA AppSmart Agent Services, Inc. | 447 Sutter St Ste 405 PMB1116 | San Francisco | CA | 94108 | Services | 11/12/2025 | 40,225.22 | |
| Allied Telecom Group, LLC | Amplify Services - ACH auto pmt. | 2451 Crystal Drive; Suite 600 | Arlington | VA | 22202 | Services | 10/6/2025 | 25,000.00 | |
| Allied Telecom Group, LLC | Amplify Services - ACH auto pmt. | 2451 Crystal Drive; Suite 600 | Arlington | VA | 22202 | Services | 11/4/2025 | 25,000.00 | |
| Allied Telecom Group, LLC | Amplify Services - ACH auto pmt. | 2451 Crystal Drive; Suite 600 | Arlington | VA | 22202 | Services | 12/4/2025 | 25,000.00 | |
| Allied Telecom Group, LLC | CC - Chase (J.P. Morgan) - ACH Auto Pmt | PO Box 15918 | Wilmington | DE | 19850 | Suppliers or Vendors | 9/24/2025 | 11,660.90 | Chase Bank Credit Card Payment |
| Allied Telecom Group, LLC | CC - Citi AAdvantage (*6536) | PO Box 790046 | St Louis | MO | 63179-0046 | Suppliers or Vendors | 12/2/2025 | 10,629.41 | Citi Bank Credit Card Payment |
| Allied Telecom Group, LLC | CC - Citi AAdvantage (*6536) | PO Box 790046 | St Louis | MO | 63179-0046 | Suppliers or Vendors | 9/29/2025 | 18,634.93 | Citi Bank Credit Card Payment |
| Allied Telecom Group, LLC | CC - Citi AAdvantage (*7387) | PO Box 790046 | St Louis | MO | 63179-0046 | Suppliers or Vendors | 12/8/2025 | 39,116.03 | Citi Bank Credit Card Payment |
| Allied Telecom Group, LLC | CenturyLink / Lumen - 1-DOAU9N | PO Box 910182 | Denver | CO | 80291-0182 | Suppliers or Vendors | 12/17/2025 | 9,303.09 | |
| Allied Telecom Group, LLC | CenturyLink / Lumen - 1-DOAU9N | PO Box 910182 | Denver | CO | 80291-0182 | Suppliers or Vendors | 11/25/2025 | 8,838.30 | |
| Allied Telecom Group, LLC | CenturyLink / Lumen - 1-DOAU9N | PO Box 910182 | Denver | CO | 80291-0182 | Suppliers or Vendors | 12/9/2025 | 12,814.35 | |
| Allied Telecom Group, LLC | Ciena | 7035 Ridge Road | Hanover | MD | 21076 | Suppliers or Vendors | 12/9/2025 | 22,700.30 | Network Equipment Vendor (purchase of network equipment) |
| Allied Telecom Group, LLC | Comcast Multi Location | PO BOX 70219 | PHILADELPHIA | PA | 19176-0219 | Suppliers or Vendors | 11/6/2025 | 21,661.28 | |
| Allied Telecom Group, LLC | Contractor - DCS LLC (Mike D.) | 26005 Murphy Ln | Mechanicsville | MD | 20659 | Services | 10/6/2025 | 31,250.00 | |
| Allied Telecom Group, LLC | Contractor - DCS LLC (Mike D.) | 26005 Murphy Ln | Mechanicsville | MD | 20659 | Services | 11/6/2025 | 31,250.00 | |
| Allied Telecom Group, LLC | Contractor - DCS LLC (Mike D.) | 26005 Murphy Ln | Mechanicsville | MD | 20659 | Services | 12/8/2025 | 31,250.00 | |
| Allied Telecom Group, LLC | CoreSite 1275 K Street, LLC | CoreSite, L.P.PO Box 74338 | Cleveland | OH | 44194-4338 | Suppliers or Vendors | 10/2/2025 | 25,566.31 | |
| Allied Telecom Group, LLC | CoreSite 1275 K Street, LLC | CoreSite, L.P.PO Box 74338 | Cleveland | OH | 44194-4338 | Suppliers or Vendors | 11/4/2025 | 25,566.31 | |
| Allied Telecom Group, LLC | Delivery Sherpa LLC | 2420 Clay Street | Denver | CO | 80211 | Suppliers or Vendors | 12/2/2025 | 16,910.00 | |
| Allied Telecom Group, LLC | Equinix, Inc. | P.O. Box 736031 | Dallas | TX | 75373- 6031 | Suppliers or Vendors | 9/25/2025 | 27,061.41 | |
| Allied Telecom Group, LLC | Equinix, Inc. | P.O. Box 736031 | Dallas | TX | 75373- 6031 | Suppliers or Vendors | 10/30/2025 | 26,953.70 | |
| Allied Telecom Group, LLC | GBS / Amwins | P.O. Box 64802 | Baltimore | MD | 21264-4802 | Suppliers or Vendors | 12/1/2025 | 21,461.45 | Regular, recurring monthly payment for employee benefits |
| Allied Telecom Group, LLC | GBS / Amwins | P.O. Box 64802 | Baltimore | MD | 21264-4802 | Suppliers or Vendors | 10/2/2025 | 21,525.19 | Regular, recurring monthly payment for employee benefits |
| Allied Telecom Group, LLC | GBS / Amwins | P.O. Box 64802 | Baltimore | MD | 21264-4802 | Suppliers or Vendors | 11/4/2025 | 21,318.61 | Regular, recurring monthly payment for employee benefits |
| Allied Telecom Group, LLC | Hanover Insurance Group | 440 Lincoln Street | Worcester | MA | 01653 | Services | 12/17/2025 | 15,641.80 | Business Insurance Payment |
| Allied Telecom Group, LLC | Interstate TRS Fund | 213 Market Street12th Floor | Harrisburg | PA | 17101 | Other: Taxes | 11/25/2025 | 11,307.04 | Regular, Recurring telecom taxes |
| Allied Telecom Group, LLC | Kinloch & Associates, P.C. | 8808 Centre Park Dr.Suite 300 | Columbia | MD | 21045 | Services | 11/25/2025 | 12,770.00 | |
| Allied Telecom Group, LLC | Lightcore MetroNet LLC | 2000 Pennsylvania Ave NW Suite 5007 | Washington | 20006 | 20006 | Services | 11/4/2025 | 25,000.00 | |
| Allied Telecom Group, LLC | Lightcore MetroNet LLC | 2000 Pennsylvania Ave NW Suite 5007 | Washington | 20006 | 20006 | Services | 12/8/2025 | 25,000.00 | |
| Allied Telecom Group, LLC | Lightcore MetroNet LLC | 2000 Pennsylvania Ave NW Suite 5007 | Washington | 20006 | 20006 | Services | 12/16/2025 | 50,000.00 | |
| Allied Telecom Group, LLC | Nearlinx (formerly known as GPS Hiring LLC) | 6500 River Place BlvdBuilding 7, Suite 250 | Austin | TX | 78730 | Services | 11/6/2025 | 11,571.00 | |
| Allied Telecom Group, LLC | Nearlinx (formerly known as GPS Hiring LLC) | 6500 River Place BlvdBuilding 7, Suite 250 | Austin | TX | 78730 | Services | 10/28/2025 | 11,400.00 | |
| Allied Telecom Group, LLC | Nearlinx (formerly known as GPS Hiring LLC) | 6500 River Place BlvdBuilding 7, Suite 250 | Austin | TX | 78730 | Services | 11/26/2025 | 11,400.00 | |
| Allied Telecom Group, LLC | Quaint Oak Bank | 501 Knowles Avenue | Southampton | PA | 18966 | Secured Debt | 10/1/2025 | 46,576.53 | Interest payments on secured debt |
| Allied Telecom Group, LLC | Quaint Oak Bank | 501 Knowles Avenue | Southampton | PA | 18966 | Secured Debt | 11/1/2025 | 46,858.42 | Interest payments on secured debt |
| Allied Telecom Group, LLC | Quaint Oak Bank | 501 Knowles Avenue | Southampton | PA | 18966 | Secured Debt | 12/1/2025 | 46,519.90 | Interest payments on secured debt |
| Allied Telecom Group, LLC | Rev.io | PO Box 123790 Dep 3790 | Dallas | TX | 75312 | Suppliers or Vendors | 9/25/2025 | 15,259.30 | |
| Allied Telecom Group, LLC | Rev.io | PO Box 123790 Dep 3790 | Dallas | TX | 75312 | Suppliers or Vendors | 10/28/2025 | 15,255.40 | |
| Allied Telecom Group, LLC | Rev.io | PO Box 123790 Dep 3790 | Dallas | TX | 75312 | Suppliers or Vendors | 11/24/2025 | 15,253.30 | |
| Allied Telecom Group, LLC | Spyder Technologies | 9200 Deveron Court | Fairfax Station | VA | 22039 | Suppliers or Vendors | 11/25/2025 | 19,180.17 | |
| Allied Telecom Group, LLC | Tax, VA Department of Taxation | P.O. Box 1777 | Richmond | VA | 23218-1777 | Other: Taxes | 9/26/2025 | 16,474.15 | Recurring monthly repayment plan for debt scheduled on Schedule E |
| Allied Telecom Group, LLC | Tax, VA Department of Taxation | P.O. Box 1777 | Richmond | VA | 23218-1777 | Other: Taxes | 10/28/2025 | 16,474.15 | Recurring monthly repayment plan for debt scheduled on Schedule E |
| Allied Telecom Group, LLC | Tax, VA Department of Taxation | P.O. Box 1777 | Richmond | VA | 23218-1777 | Other: Taxes | 11/26/2025 | 16,723.10 | Recurring monthly repayment plan for debt scheduled on Schedule E |
| Allied Telecom Group, LLC | USAC | PO Box 105056 | Atlanta | GA | 30348-5056 | Other: Taxes | 10/10/2025 | 18,517.65 | Regular recurring telecom taxes |
| Allied Telecom Group, LLC | Verizon CABS 202 M11 0802 333 | P.O. BOX 16801 | Newark | NJ | 07101-6801 | Suppliers or Vendors | 9/26/2025 | 284,155.43 | |
| Allied Telecom Group, LLC | Verizon CABS 202 M11 0802 333 | P.O. BOX 16801 | Newark | NJ | 07101-6801 | Suppliers or Vendors | 10/21/2025 | 294,333.57 | |
| Allied Telecom Group, LLC | Verizon CABS 202 M11 0802 333 | P.O. BOX 16801 | Newark | NJ | 07101-6801 | Suppliers or Vendors | 11/3/2025 | 289,000.00 | |
| Allied Telecom Group, LLC | Verizon CABS 202 K43 0162 990 | P.O. BOX 16801 | Newark | NJ | 07101-6801 | Suppliers or Vendors | 11/26/2025 | 9,695.42 | |
| Allied Telecom Group, LLC | Verizon CABS 202 M17 0117 002 | P.O. BOX 16801 | Newark | NJ | 07101-6801 | Suppliers or Vendors | 11/26/2025 | 9,893.33 | |
| Allied Telecom Group, LLC | Verizon CABS 804 M11 0215 323 | P.O. BOX 16801 | Newark | NJ | 07101-6801 | Suppliers or Vendors | 11/26/2025 | 9,118.20 | |
| Allied Telecom Group, LLC | Verizon U0541044 | P.O. Box 15043 | Albany | NY | 12212-5043 | Suppliers or Vendors | 11/26/2025 | 49,335.00 | |
| Allied Telecom Group, LLC | Zayo 044341 | PO Box 201953 | Dallas | TX | 5320-1953 | Suppliers or Vendors | 9/29/2025 | 35,599.93 | |
| Allied Telecom Group, LLC | Zayo 044341 | PO Box 201953 | Dallas | TX | 5320-1953 | Suppliers or Vendors | 10/30/2025 | 34,244.22 | |
| Allied Telecom Group, LLC | Zayo 048279 | PO Box 201953 | Dallas | TX | 75320-1953 | Suppliers or Vendors | 9/29/2025 | 75,436.83 | |
| Allied Telecom Group, LLC | Zayo 048279 | PO Box 201953 | Dallas | TX | 75320-1953 | Suppliers or Vendors | 10/30/2025 | 71,331.77 | |