# Exhibit D

## Vagnoni, Michael

| | |
|---|---|
| **From:** | Monico, Nicholas <NMonico@hunton.com> |
| **Sent:** | Friday, May 29, 2026 9:15 AM |
| **To:** | Vagnoni, Michael; George, Edmond |
| **Cc:** | Paget, Justin F. |
| **Subject:** | Allied - Preference Analysis |
| **Attachments:** | ATG - Creditor 90 Day Payments Preference Analysis-c.xlsx |

Michael/Ed-

Please find attached the schedule of transfers in the 90-day period prior to the petition date filed with the Debtor's SOFA.  Highlighted line items are transfers to counterparties to contracts on the Assigned Contract List, and Allied has provided brief annotations describing the rest of the transactions.

After considering your concerns with the sale of avoidance actions expressed at the stalking horse hearing, we inquired with Dundon about undertaking a preference analysis.  It advised us that a full analysis could cost up to $50,000 (this work would be done on the hourly portion of Dundon's engagement by a forensic accountant).  We would like Quaint Oak's input on whether it would like for Dundon to undertake the preference analysis given the potential price point.  Please let us know.

Best,

Nick

## HUNTON

**Nicholas Monico**
Associate
nmonico@Hunton.com
p     804.787.8180

Hunton Andrews Kurth LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219