**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Allied Telecom Group, LLC,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 25-00599 (ELG)** |

**<u>WITNESS LIST FOR JUNE 22, 2026 HEARING</u>**

LightCore MetroNet LLC (the "Proposed Purchaser") respectfully submits the following witness list for the hearing scheduled for June 22, 2026, at 2:00 p.m. (prevailing Eastern Time) (the "Hearing"):

1. The Proposed Purchaser reserves the right to call the following witnesses at the Hearing:

   a. Ricardo Brooks

   b. Ken Williams

2. The Proposed Purchaser reserves the right to examine or cross-examine any witness called by any other party, and to call any additional witnesses whose testimony is for the purpose of rebuttal.

WHITEFORD, TAYLOR & PRESTON, LLP
David W. Gaffey (Bar No. VA031)
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Phone: 703-280-3374
Email: dgaffey@whitefordlaw.com

*Counsel to LightCore MetroNet LLC*

Dated: June 15, 2026

Respectfully Submitted,

*/s/ David W. Gaffey*

WHITEFORD, TAYLOR & PRESTON, LLP
David W. Gaffey (Bar No. VA031)
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042
Phone: 703-280-3374
Email: dgaffey@whitefordlaw.com

*Counsel to LightCore MetroNet LLC*