**HUNTON ANDREWS KURTH LLP**
Justin F. Paget (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Olivia C. Maier (admitted *pro hac vice*)
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200

*Counsel for Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In re:**<br><br>**Allied Telecom Group, LLC,**<br><br>**Debtor.** | **Chapter 11**<br><br>**Case No. 25-00599 (ELG)** |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on November 13, 2026, she caused to be served a true and correct copy of each of the following documents via email to the parties on the list attached hereto as **Exhibit A**, and via first-class mail to the parties on the list attached hereto as **Exhibit B**:

- "**Structured Dismissal Order**" *–Order Approving Structured Dismissal of Case and Related Procedures* [Docket No. 225].

[*Remainder of Page Intentionally Left Blank*]

Dated: November 16, 2026
Richmond, Virginia

Respectfully submitted,

/s/ *Olivia C. Maier*

Justin F. Paget (admitted *pro hac vice*)
Jennifer E. Wuebker (D.C. Bar No. 1035039)
Olivia C. Maier (admitted *pro hac vice*)
**HUNTON ANDREWS KURTH LLP**
951 E. Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Email: jpaget@hunton.com
jwuebker@hunton.com
lmaier@hunton.com

*Counsel for the Debtor and Debtor in Possession*

# Exhibit A

| Name | Email |
|---|---|
| 1400 Crystal Property Owner, L.P. | tmurphy@fmlaw.com |
| 17M Associates | jds@gdllaw.com |
| 2300 Clarendon L.L.C. | iadame@adameconsulting.com |
| 2300 Clarendon L.L.C. | jds@gdllaw.com |
| AMOP, LLC (AltaWorx) | billing@amop.services |
| AN Metropolitan Owner, LLC for 655 15th Street, N.W., Washington, DC | jds@gdllaw.com |
| Blair Office Buidling, LLC | sandy.paik@towercompanies.com<br>LDN@towercompanies.com |
| Bridgepointe Technologies, LLC | mcaskey@hsblawfirm.com<br>cwilliamson@hsblawfirm.com |
| Chorus Communications, Inc. / Telarus, LLC | dschimizzi@raineslaw.com<br>swenrich@raineslaw.com |
| Comtel Inc / Telarus, LLC | dschimizzi@raineslaw.com<br>swenrich@rainslaw.com |
| Equinix, Inc | luke.murley@akerman.com |
| FiberLight, LLC | joanne.petersen@fiberlight.com<br>Laura.Harris@fiberlight.com<br>alessandra.garrison@fiberlight.com |
| Fifth Crystal Park Associates Limited Partnership | jds@gdllaw.com |
| Fifth Crystal Park Associates Limited Partnership | iadame@adameconsulting.com |
| First Citizens Bank | bronationalecf@weltman.com |
| Jack I. Bender & Sons | mcogan@randclegal.com |
| JBGS/1900 N, L.L.C. | jds@gdllaw.com |
| Ken Williams | dgaffey@whitefordlaw.com |
| LEAF Capital Funding, LLC | ohare@cgd-law.com |
| MT D.C. TWO LLC | jds@gdllaw.com |
| Northwestern Development Company | mcogan@randclegal.com |
| Northwestern Development Company "b" c/o Blake Real Estate, Inc. | mcogan@randclegal.com |

| Name | Email |
| --- | --- |
| Office of the Attorney General for the District of Columbia | nancy.alper@dc.gov |
| Office of The United States Trustee | kristen.s.eustis@usdoj.gov<br>michael.t.freeman@usdoj.gov<br>USTP.Region04@usdoj.gov |
| Paycor | 25qyw2vtw7jqj45pmhsk0h7xkwr84ea25osplr9gj8fhwl36pb.i-hwcveae@paycor.com |
| Quaint Oak Bank | edmond.george@obermayer.com<br>michael.vagnoni@obermayer.com |
| Verizon Services Corp. | darrell.clark@stinson.com<br>tracey.ohm@stinson.com<br>ruiqiao.wen@stinson.com |

**Exhibit B**

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| 1000 Vermont Avenue SPE LLC | c/o Property Management Office | 1000 Vermont Avenue, N.W. | Washington, DC 20005 |
| 1025 Vermont Ave. Owner | c/o Carr Properties | 1615 L Street, NW, Suite 650 | Washington, DC 20036 |
| 1101 CT Property Owner, LLC | c/o Grossberg, Yochelson, Fox & Beyda, LLP<br>Attn: Adam W. Walsh | 1200 New Hampshire Avenue, N.W., Suite 555 | Washington, D.C. 20036 |
| 1101 CT Property Owner, LLC | c/o Altus Realty, LLC<br>Attn: Gordon Fraley | 1655 North Fort Myer Drive, Suite 325 | Arlington, VA 22209 |
| 1101 Wilson Owner, LLC | c/o Monday Properties | 1000 Wilson Blvd, Suite 700 | Arlington, VA 22209 |
| 1225 Eye Street, N.W., Associates LLC | c/o Piedmont Washington Properties, Inc. | 5565 Glenridge Connector, Suite 450 | Atlanta, GA 30342 |
| 1255 23rd Street Trust | 1255 23rd Street, Suite 310<br>Attn: Property Manager | | Washington, D.C. 20037 |
| 1300 19th Street, N19 Associates, LLC | 5101 Wisconsin Ave., NW, 5th Floor | | Washington, DC 20016 |
| 1350 I Street Associates LP | c/o EF 1350 Manager LLC | 5301 Wisconsin Avenue NW, Suite 740 | Washington, DC 20015 |
| 1390 Piccard, LLC | c/o Columbia Wireless Facilities, LLC<br>Attn 1390 Piccard | 11140 Rockville Pike, Suite 100-316 | Rockville, MD 20852 |
| 1390 Piccard, LLC | c/o Washington Property Company, LLC<br>Attn: Property Manager | 4719 Hampden Lane, Suite 300 | Bethesda, MD 20814 |
| 13th and L Associates | c/o CBRE Real Estate Services Inc.<br>Attention: Real Estate Manager | 1220 L Street NW, Suite 213 | Washington, DC 20005 |
| 1400 Crystal Property Owner, L.P. | Attn: Thomas F. Murphy, Esq.<br>c/o FRIEDLANDER MISLER, PLLC | 5335 Wisconsin Avenue, N.W., Suite 600 | Washington, DC 20015 |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| 1400 Crystal Property Owner, L.P. | Vanderbilt Office Properties | 2550 South Clark Street; Suite 101 | Arlington, VA 22202 |
| 1500 Wilson LLC | c/o Penzance DC Metro Management LLC<br>Attn: Director of Property Management | 2445 M Street, NW<br>Suite 900 | Washington, DC 20037 |
| 16 Cobalt, LLC | 1627 K Street, NW | | Washington, DC 20006 |
| 1701 Duke Street, LLC | c/o Carr Properties<br>Attn: Legal | 1615 L Street NW, Suite 650 | Washington, DC 20036 |
| 1723506 Ontario Inc. d/b/a Nexiwave | 13300 Tecumseh Rd E. | Unit 356 | Windsor, ON, N8N 4R8, Canada |
| 17M Associates | c/o Boston Properties, Inc. | Prudential Center<br>800 Boylston Street, Suite 1900 | Boston, MA 02199-8103 |
| 17M Associates | c/o Boston Properties, Inc. | 901 New York Avenue NW | Washington, DC 20001 |
| 17M Associates | Attn: James D. Sadowski, Esq.<br>c/o Greenstein DeLorme & Luchs, P.C. | 801 17th Street, N.W., Suite 1000 | Washington, D.C. 20006 |
| 1800 Diagonal Road LLC | c/o Carr Properties<br>Attn: Virginia Lease Administration | 1615 L Street NW, Suite 650 | Washington, D.C. 20036 |
| 1801 Pennsylvania Avenue, LLC | c/o Lincoln Property Company<br>Attn: Property Manager | 1801 Pennsylvania Avenue, Suite 220 | Washington, D.C. 20006 |
| 1808 Eye Street, Inc. | c/o RREEF Management LLC<br>Attention: Mr. Michael Ready | 201 International Circle, Suite 230 | Hunt Valley, MD 21030 |
| 2000 M St Revocable Trust Agreement | c/o Washington Real Estate Investment Trust<br>Attn: Tabitha M. Brittain | 7550 Wisconsin Ave, Suite 900 | Bethesda, MD 20814 |
| 2001 Pennsylvania Avenue LLC | c/o Carr Properties<br>Attn: Virginia Lease Administration | 1615 L Street NW, Suite 650 | Washington, D.C. 20036 |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| 2300 Clarendon L.L.C. | Attn: James D. Sadowski, Esq.<br>c/o Greenstein DeLorme & Luchs, P.C. | 801 17th Street, N.W., Suite 1000 | Washington, D.C. 20006 |
| 2300 Clarendon L.L.C. | c/o Adame Consulting LLC<br>Attn: Contracts Administrator | 3243 San Jacinto Street | Dallas, Texas 75204 |
| 2300 Clarendon L.L.C. | c/o Fortress Investment Group<br>PM Venture I, LLC<br>Attn: Claire Chandler | 4550 Travis Street, 6th Floor | Dallas, TX 75205 |
| 2300 Clarendon L.L.C. | c/o JBG SMITH Management Services, L.L.C. | 4747 Bethesda Avenue, Suite 200 | Bethesda, MD 20814 |
| 2461 EISENHOWER ACQUISITIONS, LLC | c/o Rubenstein Partners Cira Centre<br>Attn: Eric Schiela<br>R. Bruce Balderson, Jr., Esq.<br>Stephen D. Evans | 2929 Arch Street, 28th Floor | Philadelphia, PA 19104-2868 |
| 275 Seventh Avenue Buidling LLC | c/o UniteHere | 275 Seventh Avenue | New York, NY 10001 |
| 3 Bethesda Metro Center American Tower Corporation | Attn: General Counsel | 116 Huntington Avenue, 11th Floor | Boston, MA 02116 |
| 3 Bethesda Metro Center Invisible Towers LLC | Attention: Contracts Licensor | 10 Presidential Way | Woburn, MA 01801 |
| 369 LLC | c/o Promark Partners | 451 Hungerford Drive, Suite 700 | Rockville, MD 20850 |
| 370 L'Enfant Owner, LLC | 500 Park Avenue, 10th Floor | | New York, NY 10022 |
| 4040 Wilson Sub-I LLC | c/o Brandywine Realty Trust<br>FMC Tower at Cira Centre South | 2929 Walnut Street, Suite 1700 | Philadelphia, PA 19104 |
| 4040 Wilson Sub-I LLC | c/o Kodiak Realty Services LLC | 4040 Wilson Blvd., Suite 740 | Arlington, VA 22203 |
| 6Sense Insights, Inc | c/o AFM Legal PC | PO Box 736150 | Chicago, IL 60673 |
| 733 Tenth LL, LLC | Attention: Property Manager | 733 10th Street, NW | Washington, DC 20001 |
| 8001 Forbes LLC | 8001 Forbes Place, Suite 305 | | Springfield, VA 22151 |
| 8150 Leesburg Pike, L.L.C. | c/o Columbia Wireless Facilities, LLC<br>Attn: Lease Administration | 11140 Rockville Pike, Suite 100-316 | Rockville, MD 20852 |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| 8150 Leesburg Pike, L.L.C. | c/o ARC Management, L.L.C. | 8150 Leesburg Pike, Suite 1100 | Vienna, VA 22182 |
| 901 K Street Owner | c/o Carr Properties | 1615 L Street, NW, Suite 650 | Washington, DC 20036 |
| Alectrona, LLC | 2776 South Arlington Mill Drive, Suite 175 | | Arlington, VA 22206 |
| American Council on Education | 1 DuPont Circle NW | | Washington, DC 20036 |
| American Dental Association | Attention: 1111 14th St NW WDC | 401 North Michigan Avenue, Suite 3300 | Chicago, IL 60611 |
| American Service Ctr. Assoc. LLC | 585 N. Glebe Rd. | | Arlington, VA 22203 |
| AMOP, LLC (AltaWorx) | Attn: Forrest Derr | PO Box 1816 | Fairhope AL 36533-1451 |
| Amplify Services, LLC | 2451 Crystal Drive, Suite 600 | | Arlington, VA 22202 |
| AN Metropolitan Owner, LLC for 655 15th Street, N.W., Washington, DC | c/o Boston Properties | 901 New York Avenue NW | Washington, DC 20001 |
| AN Metropolitan Owner, LLC for 655 15th Street, N.W., Washington, DC | Attn: James D. Sadowski, Esq.<br>c/o Greenstein DeLorme & Luchs, P.C. | 801 17th Street, N.W., Suite 1000 | Washington, D.C. 20006 |
| APA 10 G LLC | 750 1st Street NE | | Washington, DC 20002 |
| APA 750 LLC | 750 1st Street NE | | Washington, DC 20002 |
| AppSmart Agent Services, Inc. | 447 Sutter Street, Suite 405, PMB1116 | | San Francisco, CA 94108 |
| AREP 1660 International LLC | c/o American Real Estate Partners Management LLC<br>Attn: Asset Manager | 1660 International Drive, Suite 500 | McLean, VA 22102 |
| Association Resource Group, Inc. | 7950 Jones Branch Drive, Suite 103 | | McLean, VA 22102 |
| AVANT Communications | 2 North Riverside Plaza, Suite 2450 | | Chicago, IL 60606 |
| Axar Management | 1600 New York Avenue, NE | | Washington, DC 20002 |
| B.G.W. Limited Partnership | c/o Blake Real Estate, Inc.<br>Attn: Executive Vice President | 1150 Connecticut Avenue, NW, Suite 801 | Washington, DC 20036 |
| BAEV LaSalle One Thomas Circle, LLC | c/o Jones Lang LaSalle Americas, Inc. | 1111 Pennsylvania Avenue NW Suite B-111 | Washington, DC 20004 |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| BFP Potomac Tower Co. LLC | c/o American Tower Corporation<br>Attn: General Counsel | 116 Huntington Avenue, 11th Floor | Boston, MA 02116 |
| BFP Potomac Tower Co. LLC | c/o Invisible Towers, LLC<br>Attention: Contracts Licensor | 10 Presidential Way | Woburn, MA 01801 |
| Blair Office Buidling, LLC | c/o Tower Construction Group, LLC<br>Attention: Legal Department | 2000 Tower Oaks Boulevard, 9th Floor | Rockville, MD 20852 |
| Bluewave Acquisition, Inc. DBA Bluewave Technology Group, LLC | 1046 Calle Recodo | Suite J | San Clemente, CA 92673 |
| BMR-9900 Belward Campus LLC | Attention: Karen Sztraicher | 9900 Belward Campus Drive | Rockville, MD 20850 |
| Boston Properties, Inc. | Attention: General Counsel | Prudential Center<br>800 Boylston Street, Suite 1900 | Boston, MA 02199-8103 |
| BP/CRF 901 New York Avenue LLC | c/o Boston Properties, Inc.<br>Attention: Regional General Counsel | 901 New York Avenue NW | Washington, DC 20001 |
| Bridgepointe Technologies, LLC | 999 Baker Way, Suite 310 | | San Mateo, CA 94404 |
| Bridgepointe Technologies, LLC | Attn: Mary M. Caskey<br>c/o Haynsworth Sinkler Boyd | 1201 Main Street, 22nd Floor | Columbia, SC 29201 |
| BSREP II MD Office Executive Blvd. LLC | c/o Brookfield Property Group<br>Attn: Greg Meyer | 250 Versey Street, 15th Floor | New York, NY 10281 |
| BSREP II Montrose Metro, LLC | c/o Brookfield Property Group<br>Attn: Steven Ganeless | 250 Versey Street, 15th Floor | New York, NY 10281 |
| C3 Integrated Solutions LLC | 3101 Wilson Blvd, Suite 500 | | Arlington, VA 22201 |
| CallTower, Inc | 10701 River Front Parkway | 4th Floor | South Jordan UT 84095 |
| CareFirst BlueCross BlueShield | 1501 South Clinton Street | | Baltimore, MD 21224 |
| Centric Telecom, Inc. | 1749 Old Meadow Road | Suite 301 | McLean, VA 22102 |
| Chorus Communications, Inc. / Telarus, LLC | 45 West Sego Lili Drive, Suite 220 | | Sandy, UT 84070 |
| Chorus Communications, Inc. / Telarus, LLC | Attn: Daniel R. Schimizzi & Sarah Wenrich<br>c/o Raines Feldman Littrell LLP | 11 Stanwix Street, 15th Floor | Pittsburgh, PA 15222 |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| Clark Office Building, LLC | c/o Cushman & Wakefield U.S., Inc. | 7500 Old Georgetown Road, 16th Floor | Bethesda, MD 20814 |
| Clear Connection, Inc. | 11850 Baltimore Avenue, Suite A | | Beltsville, MD 20705 |
| CNBB Owner LLC | c/o Paramount Group, Inc.<br>Attn: Property Manager | 1420 New York Avenue, N.W., Suite 210 | Washington, D.C. 20005 |
| CNBB Owner LLC | c/o Paramount Group, Inc.<br>Attn: Joseph Szabo, Senior Vice President, Property Management | 1633 Broadway, Suite 1801 | New York, NY 10019 |
| Comcast | PO Box 70219 | | Philadelphia, PA 19176-0219 |
| Comcast | Attention: Legal Department/Arbitration | 1701 John F. Kennedy Boulevard | Philadelphia, PA 19103-2838 |
| Comcast | PO Box 70219 | | Philadelphia, PA 19176-0219 |
| Commonwealth of VA | Virginia Department of Taxation | PO Box 1777 | Richmond, VA 23218-1777 |
| Communication Architects, LLC | 8777 Piney Orchard Parkway | Suite B #195 | Odenton, MD 21113 |
| Company Works LLC | 575 12 Road S, Suite 919 | | Arlington, VA 22202 |
| Comtel Inc / Telarus, LLC | 45 West Sego Lili Drive, Suite 220 | | Sandy, UT 84070 |
| Comtel Inc / Telarus, LLC | Attn: Daniel R. Schimizzi & Sarah Wenrich<br>c/o Raines Feldman Littrell LLP | 11 Stanwix Street, 15th Floor | Pittsburgh, PA 15222 |
| Connected2Fiber, Inc | 134 Flanders Road; Suite 375 | | Westborough, MA 01581 |
| Connectivity Source | 325 Pine Nut Lane | | Apex, NC 27502 |
| CoreSite | PO Box 74338 | | Cleveland, OH 44194-4338 |
| CoreSite 1275 K Street, L.L.C. | c/o CoreSite, L.L.C. | 1001 17th Street, Suite 500 | Denver, CO 80202 |
| Corporate Technologies | Attn: Gwendolyn Easton | 6210 Bury Drive | Eden Prairie MN 55346-1718 |
| Cox Communications | 6205B Peachtree Dunwoody Road | | Atlanta, GA 30328 |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| CP1875 K Street, LLC | c/o Carr Properties<br>Attn: Management | 1875 K Street, N.W., Suite 775 | Washington, DC 20006 |
| CP1875 K Street, LLC | c/o Carr Properties<br>Attn: Asset Management | 1615 L Street NW, Suite 650 | Washington, DC 20036 |
| CPT Faifax Glebe, LLC | c/o Monday Properties | 1000 Wilson Boulevard, Suite 700 | Arlington, VA 22209 |
| CR North America Invest LLC | c/o JBG SMITH Management Services, L.L.C. | 1900 N Street, NW | Washington, DC 20036 |
| Crown Castle Inc. f/k/a Lightower | 8020 Katy Freeway | | Houston, TX 77024 |
| Cushman & Commercial Wakefield | 5335 Wisconsin Avenue, NW, Suite 320 | | Washington, DC 20015 |
| DataBridge Sites LLC | 12401 Prosperity Drive | | Silver Spring, MD 20904 |
| Dataprise, Inc. | 9600 Blackwell Road, 4th Floor | | Rockville, MD 20850 |
| DC One Associates | 1201 Pennsylvania Ave., NW, Suite 250 | | Washington, DC 20004 |
| DCS LLC d/b/a Dye Computing Services | 26005 Murphy Lane | | Mechanicsville, MD 20659 |
| DEKA USA K Street, LP | c/o Cushman & Wakefield<br>Attn: Property Management | 1999 K Street, NW Lower Level | Washington, DC 20006-1118 |
| DEKA USA K Street, LP | c/o Saul Ewing Arnstein & Lehr LLP<br>Attention: David S. Falcone, Esquire | 1200 Liberty Ridge Drive, Suite 200 | Wayne, PA 19087 |
| DocuSign, Inc | 221 Main Street | Suite 800 | San Francisco, CA 94105-1921 |
| Dynamics Network, LLC | 6518 Stuart Avenue | | Richmond, VA 23226 |
| EJC 1331 F Street LLC | c/o CBRE | 1990 N St NW, Suite 700 | Washington, DC 20036 |
| Equinix, Inc | 1 Lagoon Drive | | Redwood City, CA 940654 |
| Equinix, Inc | Attn: Luke Murley<br>c/o Akerman LLP | 222 Delaware Avenue, Suite 1710 | Wilmington, DE 19801 |
| Eutaw Property Enterprise, LLC | 1340 Smith Avenue, Suite 200 | | Baltimore, MD 21209 |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| FiberLight, LLC | Attention: Customer Care and General Counsel | 950 W. Bethany Drive, Suite 200 | Allen, TX 75013 |
| Fifth Crystal Park Associates Limited Partnership | Attn: James D. Sadowski, Esq. c/o Greenstein DeLorme & Luchs, P.C. | 801 17th Street, N.W., Suite 1000 | Washington, D.C. 20006 |
| Fifth Crystal Park Associates Limited Partnership | c/o Adame Consulting LLC Attn: Contracts Administrator | 3243 San Jacinto Street | Dallas, Texas 75204 |
| Fifth Crystal Park Associates Limited Partnership | c/o JBG SMITH Properties Attn: Legal-Commercial Leasing | 4747 Bethesda Avenue, Suite 200 | Bethesda, MD 20814 |
| First Citizens Bank | Attn: Scott D. Fink c/o Weltman, Weinberg & Reis Co. LPA | 5990 West Creek Road, Suite 200 | Independence, OH 44131 |
| First Citizens Bank | 8540 Colonnade Center Drive | | Raleigh, NC 27615 |
| Fox Properties LLC (Digital Realty) | 21 Greenvale Road | | Cherry Hill, NJ 08034 |
| Franklin Court, Inc. | c/o L&B Realty Advisors, LLP Attention: Director | 5910 N. Central Expressway, Suite 1200 | Dallas, TX 75206 |
| Franklin Court, Inc. | c/o Lincoln Property Company Attention: Property Manager | 1099 14th Street, NW, Suite 100L | Washington, DC 20005 |
| Galaxt Courthouse, LLC | c/o Cambridge Asset Advisors LLC | 8391 Old Courthouse Road, Suite 210 | Vienna, VA 22182 |
| GPT Properties Trust | c/o The RMR Group LLC Attention: Jennifer B. Clark | Two Newton Place 255 Washington Street Suite 300 | Newton, MA 02458 |
| GPT Properties Trust | c/o The RMR Group LLC Attention: Vice President | Two Newton Place 255 Washington Street Suite 300 | Newton, MA 02458 |
| GS Property 6116 LLC | c/o Goodstone LLC | 6116 Executive Boulevard, Suite 450 | North Bethesda, Maryland 20852 |
| GTT; GC Pivotal LLC | 4201 Wilson Boulevard | Suite 504 | Arlington, VA 22203 |
| Halo Service Solutions Ltd | 100 Rialto Pl | STE 930 | Melbourne, FL 32901 |
| Hancock REIT 1850M, LLC | 1100 New York Avenue. NW, Suite 270 West | | Washington, DC 20005 |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| HotBed Technologies | 6718 Whittier Avenue, Suite 100 | | McLean, VA 22101 |
| Human Interest Inc. | 655 Montgomery Street | Suite 1800 | San Francisco, CA 94111 |
| I & G DC REIT, Inc. | 1501 M Street, NW | | Washington, DC 20005 |
| InfoStructures, Inc. | 1390 Piccard Drive, Suite 330 | | Rockville, MD 20850 |
| Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | Philadelphia, PA 19101-7346 |
| International Square, L.P. | c/o Tishman Speyer | 1875 Eye Street, NW, Suite 1200 | Washington, DC 20006 |
| Invisible Towers, LLC | Attention: Contracts Licensor | 10 Presidential Way | Woburn, MA 01801 |
| Invisible Towers, LLC | c/o American Tower Corporation<br>Attn: General Counsel for 856503 | 116 Huntington Avenue, 11th Floor | Boston, MA 02116 |
| Invisible Towers, LLC | Attention: Contracts Licensor for 856503 | 10 Presidential Way | Woburn, MA 01801 |
| IRIS Network Systems | 12460 Crabapple Road | Suite 202-436 | Alpharetta, GA 30004 |
| ITD Solutions, Inc. | 5401 West Kennedy Boulevard, Unit 100 | | Tampa, FL 33701 |
| Jack I. Bender & Sons | Attn: Michael R. Cogan, Esq.<br>c/o Law office of Michael R. Cogan, P.C. | 20410 Century Boulevard, Suite 125 | Germantown, MD 20874 |
| Jack I. Bender & Sons | c/o Blake Real Estate, Inc.<br>Attn: Executive Vice President | 1150 Connecticut Avenue, NW, Suite 900 | Washington, DC 20036 |
| Jamestown Premier Stafford I LLC | 675 Ponce de Leon Ave NE | 7th Floor | Atlanta, GA 30308 |
| JBG/Foundry Office, LLC | c/o Columbia Wireless Facilities, LLC<br>Attn: Legal Department | 9410 Holland Ave. | Bethesda, MD 20814 |
| JBG/Foundry Office, LLC | c/o JBG/Commercial Management, LLC<br>Attention: Exec. VP Comm. Asset Mngmt. | 4445 Wilard Avenue, Suite 400 | Chevy Chase, MD 20815 |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| JBGS/1900 N, L.L.C. | Attn: James D. Sadowski, Esq. c/o Greenstein DeLorme & Luchs, P.C. | 801 17th Street, N.W., Suite 1000 | Washington, D.C. 20006 |
| Jefferson Joint Venture | c/o Lerner Corporation Attn: Legal Department | 2000 Tower Oaks Boulevard, 8th Floor | Rockville, MD 20852 |
| John Hancock Life Insurance Company (U.S.A.) | Attn: Lease Administrator | 1100 New York Avenue, Suite 270 | Washington, DC 20005 |
| John Hancock Life Insurance Company(U.S.A.) | c/o Transwestern | 1717 K Street NW, Suite 1000 | Washington, DC 20006 |
| John Staurulakis, LLC d/b/a JSI f/k/a Inteserra | 6404 Ivy Lane | Suite 700 | Greenbelt, MD 20770 |
| JP Morgan Chase Bank, N.A. | Legal Papers Served, Mail Code LA2-7100 | 1414 Woodward Avenue | Ruston, LA 71270-2015 |
| JTF Business System | 7370 Steel Mill Drive | | Springfield, VA 22150 |
| JTN Solutions, LLC d/b/a JET-TECH Networking | 5210 Calabria Court | | Alexandria, VA 22315 |
| Juniper Financial Services, Inc. | Attn: Brady Webb | 1310 Madrid Street | Marshall, MN 56258 |
| K-11 Partners, LLC | 5101 Wisconsin Ave., NW, 5th Floor | | Washington, DC 20016 |
| KBSII Willow Oaks, LLC | c/o KBS Realty Advisors. Inc. Attention: General Counsel | 800 Newport Center Dr., Suite 700 | Newport Beach, CA 92660 |
| KBSII Willow Oaks, LLC | c/o KBS Realty Advisors. Inc. Attention: Senior Vice President | 800 Newport Center Dr., Suite 700 | Newport Beach, CA 92660 |
| Ken Williams | Attn: David W. Gaffey, Esquire c/o WHITEFORD, TAYLOR & PRESTON, LLP | 3190 Fairview Park Drive, Suite 800 | Falls Church, Virginia 22042 |
| Kinloch & Associates PC | 8808 Centre Park Drive | Suite 300 | Columbia, MD 21045 |
| L Street, LLC | c/o Tower Construction Group, LLC Attn: Legal Department | 2000 Tower Oaks Blvd., 9th FL | Rockville, MD 20852 |
| Landlord - ML 1400 Crystal, LLC | United Agent Group Inc. | 1521 Concord Pike, Suite 201 | Wilmington, DE 19803 |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| Landmark 205 LLC | 205 South Whiting Street | | Alexandria, VA 22304 |
| LEAF Capital Funding, LLC | Attn: Owen Hare, Esq.<br>c/o Cohn, Goldberg & Deutsch, LLC | 1099 Winterson Road, Suite 301 | Linthicum Heights, MD 21090 |
| LEAF Capital Funding, LLC | 2005 Market Street | 14th Floor | Philadelphia, PA 19103 |
| Leaf LLC | 1612 K Street, NW | | Washington, DC 20006 |
| Lenkin-N Limited Partnership | c/o The Lenkin Company Management, Inc.<br>Attn: Property Manager | 5101 Wisconsin Ave. NW, 5th Floor | Washington, DC 20016 |
| Lightcore MetroNet LLC | 2000 Pennsylvania Avenue, NW | Suite 5007 | Washington, DC 20006 |
| Lightyear AI, Inc. | 82 Nassau Street | Suite 60407 | New York, NY 10038 |
| Lumen f/k/a CenturyLink f/k/a Level 3 Communications, LLC | 100 Century Link Drive | | Monroe, LA 71203 |
| Mach I AREP Carlyle Center LLC | Attn: Brian L. Katz, President | 2350 Corporate Park Drive, Suite 110 | Herndon, VA 20171 |
| Marcum, LLP | 1899 L Street, NW, Suite 850 | | Washington, DC 20036 |
| MEPT/ FCP Patriots Plaza, LLC | 395 E Street, SW | | Washington, DC 20024 |
| Merritt-MP1, LLC | c/o Merritt Properties, LLC | 2066 Lord Baltimore Dr. | Windsor Mill, MD 21244 |
| ML Jefferson Plaza, LLC | Attention: Property Management | 1401 S Clark Street | Arlington, VA 22202 |
| Montgomery Tower Owner, LLC | c/o MRP Realty | 3050 K Street, NW Suite 125 | Washington, DC 20007 |
| MR Columbia Center Investors LLC | c/o LPC Commercial Services, Inc.<br>Attention: Brandon Ernst | 101 Constitutional Avenue, NW, Suite L140 | Washington, DC 20001 |
| MR Columbia Center Investors LLC | c/o USB Realty Investors | 10 State House Square | Hartford, CT 06103 |
| MT D.C. TWO LLC | c/o Boston Properties | 901 New York Avenue NW | Washington, DC 20001 |
| MT D.C. TWO LLC | Attn: James D. Sadowski, Esq.<br>c/o Greenstein DeLorme & Luchs, P.C. | 801 17th Street, N.W., Suite 1000 | Washington, D.C. 20006 |
| National Place Lease Company, LLC | Attention: General Counsel | 1001 G Street, NW, Suite 900 | Washington, DC 20001 |
| National Place Lease Company, LLC | c/o QDC Property Management, Inc. | 1001 G Street, NW, Suite 900 | Washington, DC 20001 |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| Nearlix, LLC f/k/a GPS Hiring LLC | 6500 River Place Boulevard | Building 7, Suite 250 | Austin, TX 78730 |
| Northwestern Development Company | Attn: Michael R. Cogan, Esq.<br>c/o Law office of Michael R. Cogan, P.C. | 20410 Century Boulevard, Suite 125 | Germantown, MD 20874 |
| Northwestern Development Company | c/o Blake Real Estate, Inc.<br>Attn: Executive Vice President | 1150 Connecticut Avenue, NW, Suite 900 | Washington, DC 20036 |
| Northwestern Development Company "b" c/o Blake Real Estate, Inc. | Attn: Michael R. Cogan, Esq.<br>c/o Law office of Michael R. Cogan, P.C. | 20410 Century Boulevard, Suite 125 | Germantown, MD 20874 |
| Northwestern Development Company "b" c/o Blake Real Estate, Inc. | Attn: Executive Vice President | 1150 Connecticut Avenue, NW, Suite 801 | Washington, DC 20036 |
| NTT America, Inc d/b/a NTT Communications | 7950 Legacy Drive | Suite 1100 | Plano, TX 75024 |
| Office of the Attorney General for the District of Columbia | Nancy L. Alper<br>Senior Assistant Attorney General | 400 6th Street, N.W., 9th Floor | Washington, D.C. 20001 |
| Office of The United States Trustee | 1725 Duke Street | Suite 650 | Alexandria, VA 22314 |
| Olive Limited Partnership | 1319 F Street, NW | | Washington, DC 20004 |
| Paycor | 4811 Montgomery Road | | Cincinnati, Ohio 45212 |
| Pembroke Real Estate LLC | Attn: Asset Management | 255 State Street | Boston, MA 02109 |
| Piedmont-3100 Clarendon, LLC | c/o Piedmont Government Services, LLC<br>Attn: Property Management | 901 N. Glebe Rd., Suite 250 | Arlington, VA 22203 |
| Piedmont-3100 Clarendon, LLC | c/o Piedmont Office Realty Trust<br>Attn: Asset Management | 5565 Glenridge Connector, Suite 450 | Atlanta, GA 30042 |
| Pilot Fiber Inc. | 1115 Broadway | Floor 12 | New York, NY 10010 |
| PNC Equipment Finance | 655 Business Center Drive | | Horsham, PA 19044 |
| Preferred Group LLB d/b/a Carr Workplaces | 1455 Pennsylvania Avenue, Suite 800 | | Washington, DC 20004 |
| Procurify | 701 West Georgia Street | Suite 1500 | Vancouver, BC V7Y 1C6, Canada |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| PT Office Owner, LLC | c/o Vanderbilt Office Properties, LLC<br>Attn: Property Manager | 2550 South Clark Street, Suite 101 | Arlington, VA 22202 |
| Quaint Oak Bank | Attn: Edmond M. George, Esquire<br>Michael D. Vagnoni<br>c/o Obermayer Rebmann Maxwell & Hippel LLP | Centre Square West<br>1500 Market Street, Suite 3400 | Philadelphia, PA 19102-2101 |
| Quaint Oak Bank | 501 Knowles Avenue | | Southampton, PA 18966 |
| Quality Technology Services Richmond II (QTS) | Attn: Legal Department | 22271 Broderick Drive | Sterling, Virginia 20166 |
| QueryBob Inc. | 6117 Estates Drive | | Oakland, CA 94611 |
| Rand Solutions Group, Inc. | 12001 Remington Drive | | Silver Spring, MD 20902 |
| RECP IV WG Office Investors LLC & Lancaster 7927 Jones Branch LLC | 7921 Jones Branch Drive, Suite 250 | | McLean, VA 22102 |
| Redus One, LLC | c/o Meritage Properties | 2 Overhill Road | New York, NY 11375 |
| REEP-OFC Westory DC LLC | c/o New York Life Investment Management LLC | 51 Madison Avenue, Room 908 | New York, NY 10010 |
| Resources & Conservation Center LLC | Attn: Pam Hill<br>c/o Stout & Teague | 1616 P Street, NW, B-10 | Washington, DC 20036 |
| Resources & Conservation Center LLC | c/o Stout & Teague Management Corp.<br>Attn: Principal | 8001 Forbes Place, Suite 305 | Springfield, VA 22151 |
| Reston Eastpointe Operating Company, LLC | c/o Lincoln Property Company<br>Attn: Property Manager | 12601 Fair Lakes Circle, Suite 1032 | Fairfax, VA 22033 |
| Rev.io | 3565 Piedmont Road NE | Building 4, Suite 700 | Atlanta GA 30305 |
| Rev.io | 3565 Piedmont Road NE | Building 4, Suite 700 | Atlanta GA 30305 |
| RREEF America REIT II Corp, MMMM9 VA | c/o Transwestern Commercial Services | 8444 Westpark Drive, Suite 850 | McLean, VA 22102 |
| Sage Falls Church LP / Lookout At 6400 | 6400 Arlington Blvd | | Falls Church, VA 22042 |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| Salesforce, Inc. | Salesforce Tower | 415 Mission Street, 3rd Floor | San Francisco, CA 94105 |
| Saul Subsidiary II Limited Partnership | Attn: Legal Department | 7501 Wisconsin Avenue, Suite 1500E | Bethesda, MD 20814 |
| Shenandoah Owner, L.L.C. | c/o Rockhill Management, L.L.C. Attention: Cernal Elibuyuk | 1919 Gallows Road, Suite 625 | Vienna, VA 22182 |
| Shenandoah Owner, L.L.C. | Attn: Kyle Gardner | 500 Boylston Street, 21st Floor | Boston, MA 02116 |
| Society for Human Resource Management | Attn: Mary Mohney, CFO | 1800 Duke Street | Alexandria, VA 22314 |
| South of Market LLC | c/o Boston Properites, Inc. Attention: Regional General Counsel | 901 New York Avenue NW | Washington, DC 20001 |
| Southern Building Associates, LLP | c/o SJG Properties, LLC Attn: Ashley Wiltshire-Gerstenfeld | 805 15th Street, NW, Suite 625 | Washington, DC 20005 |
| Spyder Technologies of VA, Inc. | 9920 Deveron Court | | Fairfax Station, VA 22039 |
| Square 54 Office Owner, LLC | c/o Boston Properties, Inc. Attention: Regional General Counsel | 901 New York Avenue NW | Washington, DC 20001 |
| Street Retail, Inc. | c/o Federal Realty Investment Trust Attention: Legal Department | 909 Rose Avenue, Suite 200 | North Bethesda, Maryland 20852 |
| Summit Business Technologies f/k/a Light Industries | 8223 Cloverleaf Drive, Suite 100 | | Millersville, MD 21108 |
| Teachers Insurance and Annuity Association of America | Attn: Managing Director-Real Estate Portfolio,Investment Management-Mortgage and Real Estate | 730 Third Avenue | New York, NY 10017-3206 |
| Teachers Insurance and Annuity Association of America | c/o Hines Interests Limited Partnership Attn: Property Manager | 1900 K Street, NW, Suite 120 | Washington, DC 20006 |
| Telelink Communications, Inc. | 8807 Sudley Road, Suite 118 | | Manassas, VA 20110 |
| The London Internet Exchange Limited d/b/a LINX | 2nd Floor, Trinity Court, Trinity Street | Peterborough, PE1 1DA | United Kingdom |
| The Realty Associates Fund XI Portfolio, LP | c/o Cambridge Property Management | 8391 Old Courthouse Road, Suite 210 | Vienna, VA 22182 |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| The Realty Associates Fund XI Portfolio, LP | c/o TA Realty LLC | One Federal Street, 17th Floor | Boston, MA 02110 |
| TMG 1400 L Street L.L.C. | c/o Cushman & Wakefield<br>Attn: Management Office | 1400 L Street, N.W. | Washington, DC 20005 |
| TMG 1400 L Street L.L.C. | c/o The Meridian Group | 3 Bethesda Metro Center, Suite 1400 | Bethesda, MD 20814 |
| UNIZO Real Estate Two, LLC | c/o Columbia Wireless Facilities, LLC | 11140 Rockville Pike, Suite 100-316 | Rockville, MD 20852 |
| UNIZO Real Estate Two, LLC | c/o Normandy FundSub Management Co., LLC | 53 Maple Avenue | Morristown, NJ 07960 |
| Upstack Holdco Inc. f/k/a DVP Technologies | 7 World Trade Center | 250 Greenwich Street, Suite 4600 | New York, NY 10007 |
| USPA 601 New Jersey, LLC | Attention: Property Manager | 601 New Jersey, NW, Suite 420 | Washington, DC 20001 |
| USPA 601 New Jersey, LLC | c/o Principal Real Estate Investors<br>Attention: Asset Manager - 601 New Jersey | 771 High Street | Des Moines, IA 50392 |
| Vanderbilt Office Properties, LLC | Attn: Property Manager | 2550 South Clark Street, Suite 101 | Arlington, VA 22202 |
| Verizon Services Corp. | PO Box 16801 | | Newark, NJ 07101-6801 |
| Verizon Services Corp. | PO Box 15043 | | Albany, NY 12212-5043 |
| Verizon Services Corp. | Attn: Darrell W. Clark, Esq.<br>Tracey M. Ohm, Esq.<br>Ruiqiao Wen, Esq.<br>c/o STINSON LLP | 1775 Pennsylvania, Ave., NW, Suite 800 | Washington, DC 20006 |
| Vertical Bridge REIT II, LLC | c/o Vertical Bridge REIT, LLC | 22 W Atlantic Avenue, Suite 310 | Delray Beach, FL 33444 |
| Washington Square, LLC | c/o Lerner Corporation<br>Attn: Legal Department | 2000 Tower Oaks Boulevard | Rockville, MD 20852 |
| Wells Fargo Bank | 333 Market Street | | San Francisco, CA 94105 |
| Wharf 3A REIT Leaseholder, LLC | c/o CBRE, Inc. | 1000 Maine Avenue, SW, Suite 250 | Washington, DC 20024 |
| William Scott Sumrall | 204 Autumn Brook Drive | | Canton, GA 30115 |

| Name | Address1 | Address2 | City, State |
|---|---|---|---|
| Wilson NPB, LLC | c/o Columbia Wireless Facilities, LLC | 11140 Rockville Pike, Suite 100-316 | Rockville, MD 20852 |
| Wilson NPB, LLC | c/o Columbia Property Trust Avenue | 315 Park Avenue South, 5th Floor | New York, NY 10010 |
| WRIT ANC LLC | c/o Washington Real Estate Investment Trust<br>Attn: Lease Administration | 7550 Wisconsin Ave, Suite 900 | Bethesda, MD 20814 |
| xNetwork Innovations LLC d/b/a Nitel f/k/a Hypercore Networks Inc. | 350 North Orleans Street | Suite 1300N | Chicago IL 60654 |
| Zayo Group, LLC | 1805 29th Street | Suite 2050 | Boulder CO 80301 |
| Zayo Network Services, LLC | PO Box 201953 | | Dallas, TX 75320-1953 |
| zColo (Part of Zayo Group, LLC) | 1805 29th Street | Suite 2050 | Boulder CO 80301 |
| Zeus Communications South LLC | 999 Meridian Road | | Crossville, TN 38555 |