**Nancy Alper, DC Bar No. 411324**
**Senior Assistant Attorney General**
**Office of the Attorney General**
**for the District of Columbia**
**400 6th Street, N.W.**
**Washington, DC 20001**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **In Re:**<br><br>**ALLIED TELECOM GROUP, LLC,**<br><br>**Debtor.** | **Case No. 26-00599-ELG**<br><br>**Chapter 11** |

**REQUEST OF THE DISTRICT OF COLUMBIA FOR PAYMENT OF ADMINISTRATIVE EXPENSES PURSUANT TO NOVEMBER 15 COURT ORDER (DE # 225) AND MOTION TO COMPEL FILING TAX RETURNS**

**COMES NOW** the District of Columbia ("District"), through the Office of the Attorney General for the District of Columbia, and files its Request for Payment of Administrative Expenses Pursuant to November 15, 2026, Court Order ("Request for Payment") and Motion to Compel Filing Tax Returns ("Motion to Compel"). In support whereof, the District states as follows:

## I. JURISDICTION

(1) The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334, and 11 U.S.C. § 365. Venue lies properly in this Court, pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. § 157.

## II. PARTIES

(2) The District, a municipal corporation empowered to sue and be sued, is the local government for the territory constituting the permanent seat of the government of the United States. The Attorney General has general charge and conduct of all legal business of the District and all suits initiated by and against the District and is responsible for upholding the public interest. D.C. Code § 1-301.81(a)(1).

(3) Debtor Allied Telecom Group LC ("Debtor") was an internet service provider based in Washington D.C. serving the greater area of Washington, D.C., Maryland, and Virginia ("DMV").

## III. STATEMENT OF FACTS

### A. Background

(4) On December 23, 2025 ("Petition Date"), Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code. As of the Petition Date, Debtor was an internet service provider in the DMV.

(5) On April 3, 2026, Debtor filed a motion to sell property of the estate. Docket Entry No. 114. On June 24, 2026, this Honorable Court approved the sale of Debtor's property as being in the best interests of the Debtor's estate. Docket Entry No. 174.

(6) Debtor closed the sale of Debtor's assets on August 24, 2026.

### B. Relevant Events During Pendency of Bankruptcy Proceeding

(7) In light of the sale of substantially all of its property, on October 10, 2026, Debtor filed its Motion for Order Approving Structured Dismissal of Case ("Motion for Structured Dismissal"), Docket Entry No. 211, which was approved by Order of this Honorable Court on November 13, 2026 ("Order Approving Structured Dismissal"). Docket Entry No. 225.

(8) Paragraph No. 4 of the Order Approving Structured Dismissal, Docket Entry No. 225, provides as follows:

> **Other Administrative Expenses**. Any holder of an administrative expense claim under section 503(b) of the Bankruptcy Code, other than a professional subject to paragraph 3 of this Order that has not previously filed a request for allowance and payment of such administrative expense claim, shall file its request no later than twenty-one (21) days after entry of this Order, or such claim shall be forever barred.

Docket Entry No. 225, Paragraph No. 4 at 3.

(9) Pursuant to Paragraph 4 of the Order Approving Structured Dismissal, the District is filing its Request for Payment and its Motion to Compel Debtor to file its tax returns as set forth below.

## V. REQUEST

(10) The District requests that this Honorable Court compel the Debtor to file its post-petition tax returns as set forth below and that this Court grant the District's request to allow the amounts due in taxes as stated in the Debtor's post-petition tax returns and require Debtor to pay the taxes due to the District of Columbia Office of Tax and Revenue ("OTR") as required by this Honorable Court's Paragraph 4 of the Order Approving Structured Dismissal, Docket Entry No. 225.

## VI. ARGUMENT

(11) Section 47-2015 of the D.C. Official Code, D.C. Official Code § 47-2015 (2001), provides in pertinent part as follows:

> **§ 47-2015. Monthly returns.**
>
> (a) On or before the 20th day of each calendar month, every vendor who has made any sale at retail, taxable under the provisions of this chapter, during the preceding calendar month, shall file a return with the Mayor. Such returns shall show the total gross proceeds of the vendor's business for

> the month for which the return is filed; the gross receipts of the business of the vendor upon which the tax is computed; the amount of tax for which the vendor is liable and such other information as the Mayor deems necessary for the computation and collection of the tax.

Thus, under the terms of this provision, Debtor is required to file a return with OTR on or before the 20th day of each month since the filing of its Chapter 11 bankruptcy proceeding, setting forth what its total gross proceeds for the month were and the amount of tax for which the Debtor was liable.

(12) Section 47-2016 of the D.C. Official Code, D.C. Official Code § 47-2016 (2001), provides in pertinent part as follows:

> **§ 47-2016. Payment of Tax.**
> (a) At the time of filing his return as provided by this chapter, the taxpayer shall pay to the Collector the taxes imposed by this chapter.
> (b) The taxes for the period for which a return is required to be filed by a vendor under this chapter shall be due by the vendor and payable to the Collector on the date limited for the filing of the return for such period, without regard to whether a return is filed or whether the return which is filed correctly shows the amount of gross receipts and taxes due thereon.

(13) Thus, under the terms of this provision, Debtor was required to file tax returns monthly and pay the amount of tax due and owing for sales taxes each month since it filed its Chapter 11 bankruptcy proceeding.

(14) Similarly, Section 47-3902(a) of the D.C. Official Code, D.C. Official Code § 47-3902(a) (2001), states "[A] tax shall be imposed on all toll telecommunication companies for the privilege of providing toll telecommunication service in the District."

(15) Section 47-3905(a) of the D.C. Official Code, D.C. Official Code § 47-3905(a) (2001), provides as follows:

**§ 47-3905(a). Returns and Payment of Tax.**

> (a) Each toll telecommunication company shall be subject to the following filing and payment requirements:
> (1) On or before the 20th day of each calendar month, each toll telecommunication company subject to tax under this chapter shall file a return with the Mayor that reports the amount of its monthly gross charges for the preceding calendar month from the sale of toll telecommunication services that originate or terminate in the District and for which a charge is made to a service address located in the District, regardless of where the charge is billed or paid.
> (2) For each calendar month beginning March 1, 1989, each toll telecommunication company shall pay the tax imposed by this chapter before the 21st day of the succeeding calendar month. The return for each calendar month shall be filed at the time payment is made or on the 20th day of the succeeding calendar month, whichever is earlier.
> (3) The form of the return shall be prescribed by the Mayor, and the return shall contain information that the Mayor considers necessary for the proper administration of the tax.

(16) Thus, under the terms of this provision, Debtor was required to file tax returns monthly and pay the amount of tax due and owing for providing toll telecommunication services each month since it filed its Chapter 11 bankruptcy proceeding.

(17) To date, Debtor has failed to file the following tax returns which were required to be filed post-petition:

i. **Corporation Franchise Tax**
   1. 12-31-2025

ii. **Sales and Use Tax-**
   1. September 9-30-2026
   2. October 10-31-2026

iii. **Toll Telecommunications Tax**
   1. September 9-30-2026
   2. October 10-31-2026

**iv. Public Utility**

1. September 9-30-2026
2. October 10-31-2026

WHEREFORE, the District of Columbia requests that this Court compel the Debtor to file its post-petition tax returns for the above-referenced taxes, and requests pursuant to Paragraph No. 4 of the Order Approving Structured Dismissal, Docket Entry No. 225, that Debtor pay the post-petition taxes, including penalty and interest.

Dated: November 18, 2026.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHARLES COUGHLIN
Deputy Attorney General

/s/ William Burk
William Burk
Assistant Attorney General, Section Chief
Real Property, Finance and Bankruptcy Section
DC Bar No. 464349

/s/ Nancy L. Alper
Nancy L. Alper
Senior Assistant Attorney General
DC Bar No. 411324
Real Property, Finance, and Bankruptcy Section
400 6TH Street, N.W., 9th Floor
Washington, DC 20001
(202) 724-8122
nancy.alper@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Request for Payment for Administrative Expenses Pursuant to November 15, 2026, Court Order and Motion to Compel Filing Tax Returns* was this 18TH day of November 2026, filed and served electronically using the Court's ECF System.

/s/ Nancy L. Alper
Nancy L. Alper