UNITED STATES BANKRUPTCY COURT
DISTRICT OF Columbia

In Re. Allied Telecom Group, LLC §
§
§
Debtor(s) §

Case No. 25-00599

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/31/2026

Petition Date: 12/23/2025

Months Pending: 10

Industry Classification: 5 1 7 8

Reporting Method: Accrual Basis ◉ Cash Basis ○

Debtor's Full-Time Employees (current): 2

Debtor's Full-Time Employees (as of date of order for relief): 19

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☒ Schedule of payments to professionals
- ☒ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Ken D. Williams
Signature of Responsible Party

11/23/2026
Date

Ken D. Williams
Printed Name of Responsible Party

2000 Pennsylvania Avenue, NW; Suite 7000;
Washington, D.C. 20006
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Allied Telecom Group, LLC Case No. 25-00599

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $1,509,787 | |
| b. Total receipts (net of transfers between accounts) | $80,648 | $10,650,750 |
| c. Total disbursements (net of transfers between accounts) | $697,341 | $11,120,300 |
| d. Cash balance end of month (a+b-c) | $893,094 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $697,341 | $11,120,300 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $206,091 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $206,091 |
| c. Inventory (Book ○ Market ○ Other ◉ (attach explanation)) | $0 |
| d Total current assets | $1,138,762 |
| e. Total assets | $1,374,980 |
| f. Postpetition payables (excluding taxes) | $1,216,006 |
| g. Postpetition payables past due (excluding taxes) | $1,148,186 |
| h. Postpetition taxes payable | $167,231 |
| i. Postpetition taxes past due | $167,231 |
| j. Total postpetition debt (f+h) | $1,383,237 |
| k. Prepetition secured debt | $7,790,185 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $849,084 |
| n. Total liabilities (debt) (j+k+l+m) | $10,022,506 |
| o. Ending equity/net worth (e-n) | $-8,647,526 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $930,671 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $930,671 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $-4,171 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $785 | |
| c. Gross profit (a-b) | $-4,955 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $220,430 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $2,366 | |
| h. Interest | $888 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-228,508 | $-3,467,404 |

Debtor's Name Allied Telecom Group, LLC Case No. 25-00599

## Part 5: Professional Fees and Expenses

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | $86,460 | $950,787 | $0 | $864,327 |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | Hunton Andrews Kurth LLP | Lead Counsel | $86,460 | $646,789 | $0 | $560,329 |
| | ii | Dundon Advisers LLC | Financial Professional | $0 | $303,998 | $0 | $303,998 |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |

Debtor's Name Allied Telecom Group, LLC Case No. 25-00599

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |
| | xcix | | | | | | |
| | c | | | | | | |
| | ci | | | | | | |

| | | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |
| | vii | | | | | | |
| | viii | | | | | | |
| | ix | | | | | | |
| | x | | | | | | |
| | xi | | | | | | |
| | xii | | | | | | |
| | xiii | | | | | | |
| | xiv | | | | | | |

Debtor's Name Allied Telecom Group, LLC Case No. 25-00599

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xv | | | | | | |
| | xvi | | | | | | |
| | xvii | | | | | | |
| | xviii | | | | | | |
| | xix | | | | | | |
| | xx | | | | | | |
| | xxi | | | | | | |
| | xxii | | | | | | |
| | xxiii | | | | | | |
| | xxiv | | | | | | |
| | xxv | | | | | | |
| | xxvi | | | | | | |
| | xxvii | | | | | | |
| | xxviii | | | | | | |
| | xxix | | | | | | |
| | xxx | | | | | | |
| | xxxi | | | | | | |
| | xxxii | | | | | | |
| | xxxiii | | | | | | |
| | xxxiv | | | | | | |
| | xxxv | | | | | | |
| | xxxvi | | | | | | |
| | xxxvii | | | | | | |
| | xxxvii | | | | | | |
| | xxxix | | | | | | |
| | xl | | | | | | |
| | xli | | | | | | |
| | xlii | | | | | | |
| | xliii | | | | | | |
| | xliv | | | | | | |
| | xlv | | | | | | |
| | xlvi | | | | | | |
| | xlvii | | | | | | |
| | xlviii | | | | | | |
| | xlix | | | | | | |
| | l | | | | | | |
| | li | | | | | | |
| | lii | | | | | | |
| | liii | | | | | | |
| | liv | | | | | | |
| | lv | | | | | | |
| | lvi | | | | | | |

Debtor's Name Allied Telecom Group, LLC Case No. 25-00599

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | lvii | | | | | | |
| | lviii | | | | | | |
| | lix | | | | | | |
| | lx | | | | | | |
| | lxi | | | | | | |
| | lxii | | | | | | |
| | lxiii | | | | | | |
| | lxiv | | | | | | |
| | lxv | | | | | | |
| | lxvi | | | | | | |
| | lxvii | | | | | | |
| | lxviii | | | | | | |
| | lxix | | | | | | |
| | lxx | | | | | | |
| | lxxi | | | | | | |
| | lxxii | | | | | | |
| | lxxiii | | | | | | |
| | lxxiv | | | | | | |
| | lxxv | | | | | | |
| | lxxvi | | | | | | |
| | lxxvii | | | | | | |
| | lxxviii | | | | | | |
| | lxxix | | | | | | |
| | lxxx | | | | | | |
| | lxxxi | | | | | | |
| | lxxxii | | | | | | |
| | lxxxiii | | | | | | |
| | lxxxiv | | | | | | |
| | lxxxv | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxvi | | | | | | |
| | lxxxix | | | | | | |
| | xc | | | | | | |
| | xci | | | | | | |
| | xcii | | | | | | |
| | xciii | | | | | | |
| | xciv | | | | | | |
| | xcv | | | | | | |
| | xcvi | | | | | | |
| | xcvii | | | | | | |
| | xcviii | | | | | | |

Debtor's Name Allied Telecom Group, LLC Case No. 25-00599

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | | | |

| Part 6: Postpetition Taxes | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $109,436 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $935 | $48,544 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ○ No ●

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ○ No ●

c. Were any payments made to or on behalf of insiders? — Yes ● No ○

d. Are you current on postpetition tax return filings? — Yes ○ No ●

e. Are you current on postpetition estimated tax payments? — Yes ● No ○

f. Were all trust fund taxes remitted on a current basis? — Yes ● No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ○ No ●

h. Were all payments made to or on behalf of professionals approved by the court? — Yes ○ No ○ N/A ●

i. Do you have:
- Worker's compensation insurance? — Yes ○ No ●
  - If yes, are your premiums current? — Yes ○ No ○ N/A ● (if no, see Instructions)
- Casualty/property insurance? — Yes ○ No ●
  - If yes, are your premiums current? — Yes ○ No ○ N/A ● (if no, see Instructions)
- General liability insurance? — Yes ○ No ●
  - If yes, are your premiums current? — Yes ○ No ○ N/A ● (if no, see Instructions)

j. Has a plan of reorganization been filed with the court? — Yes ○ No ●

k. Has a disclosure statement been filed with the court? — Yes ○ No ●

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ● No ○

Debtor's Name Allied Telecom Group, LLC Case No. 25-00599

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○ No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○ No ○ N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Ken D. Williams
Signature of Responsible Party

Ken D. Williams
Printed Name of Responsible Party

Designated Officer
Title

11/23/2026
Date

Debtor's Name Allied Telecom Group, LLC Case No. 25-00599

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name Allied Telecom Group, LLC Case No. 25-00599

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Allied Telecom Group, LLC Case No. 25-00599

PageThree

PageFour

# Allied Telecom Group, LLC

## Balance Sheet

As of October 31, 2026

| | TOTAL |
|---|---|
| ASSETS | |
| Current Assets | |
| Bank Accounts | $893,093.95 |
| Accounts Receivable | $206,091.38 |
| Other Current Assets | |
| 1200 Prepay Expenses | 39,577.12 |
| 1400 Other Misc Current Assets | 0.00 |
| 1450 Undeposited Funds | 0.00 |
| **Total Other Current Assets** | **$39,577.12** |
| **Total Current Assets** | **$1,138,762.45** |
| Fixed Assets | |
| 1600 Fixed Assets | 2,667,119.17 |
| 1700 Accumulated Depreciation | (2,587,048.57) |
| **Total Fixed Assets** | **$80,070.60** |
| Other Assets | |
| 1800 Other Assets | 0.00 |
| 1802 ROU Asset - financing leases | 884,046.36 |
| 1852 Accum Amort - ROU financing assets | (727,899.57) |
| **Total Other Assets** | **$156,146.79** |
| **TOTAL ASSETS** | **$1,374,979.84** |
| LIABILITIES AND EQUITY | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | $4,099,833.43 |
| Credit Cards | |
| 2100 Credit Cards Payable | 0.00 |
| **Total Credit Cards** | **$0.00** |
| Other Current Liabilities | |
| 2200 Pass Through Taxes Payable | 67,119.75 |
| 2250 Franchise Taxes Payable | 0.00 |
| 2300 Payroll Liabilities | 1,995.96 |
| 2400 Other Current Liabilities | 280,374.93 |
| 2495 Deferred Revenue | 0.00 |
| 2500 Short-Term Lease Obligation | 0.00 |
| 2740 Current portion, LTD | 7,789,385.11 |
| 2745 Current Portion Operating Lease Liability | 0.00 |
| 2750 Current Portion of LT Capital Leases | 129,957.96 |
| **Total Other Current Liabilities** | **$8,268,833.71** |
| **Total Current Liabilities** | **$12,368,667.14** |

# Allied Telecom Group, LLC

## Balance Sheet

As of October 31, 2026

| | TOTAL |
|---|---|
| Long-Term Liabilities | |
| 2700 Other Long-Term Liabilities | 0.00 |
| 2791 VA Comm taxes, LT | 0.00 |
| 2800 Long-Term Capital Leases | 16,427.39 |
| 2900 Operating Lease Liabilities | 0.00 |
| **Total Long-Term Liabilities** | **$16,427.39** |
| **Total Liabilities** | **$12,385,094.53** |
| Equity | $ (11,010,114.69) |
| **TOTAL LIABILITIES AND EQUITY** | **$1,374,979.84** |

# ALLIED TELECOM GROUP, LLC

## Profit and Loss

October 2026

| | TOTAL |
|---|---|
| Income | |
| 4900 Other Revenue | (4,170.57) |
| **Total Income** | **$ (4,170.57)** |
| Cost of Goods Sold | |
| 5300 VOIP & Internet Costs & Services | 784.66 |
| **Total Cost of Goods Sold** | **$784.66** |
| GROSS PROFIT | $ (4,955.23) |
| Expenses | |
| 6100 Personnel Expenses | (1,013.78) |
| 6400 Occupancy Expenses | 75.00 |
| 6700 Administrative Expenses | 221,368.62 |
| **Total Expenses** | **$220,429.84** |
| NET OPERATING INCOME | $ (225,385.07) |
| Other Income | |
| 4910 Interest Income | 131.15 |
| **Total Other Income** | **$131.15** |
| Other Expenses | |
| 6900 Depreciation & Amortization Expense | 2,365.70 |
| 7100 Interest Expense | 888.23 |
| **Total Other Expenses** | **$3,253.93** |
| NET OTHER INCOME | $ (3,122.78) |
| NET INCOME | $ (228,507.85) |

**Allied Telecom Group, LLC**
**Period Ending: 10/31/2026**

| | | |
|---|---|---|
| **Accounts Receivable** | | |
| | Current | - |
| | 0 - 90 Days Past Due | - |
| | Over 90 Days Past Due | 206,091.38 |
| | Allowance for Doubtful Accounts | - |
| | **Net Accounts Receivable** | **206,091.38** |
| **Accounts Payable** | | |
| | Current | 67,819.95 |
| | 1 - 30 Days Past Due | 313,634.58 |
| | 31 - 60 Days Past Due | 415,883.40 |
| | 61 - 90 Days Past Due | 580,094.73 |
| | 90* Days Past Due | (161,427.15) |
| | **Total Accounts Payable** | **1,216,005.51** |

**Part 2(c):**

The Debtor does not carry inventory due to the nature of its business.

**Part 7(a):**

The Debtor paid prepetition wages to employees in accordance with the interim and final orders authorizing the same [Docket Nos. 39 & 71].

Employee: Trey Webb was paid $0.00 during October 2026

[*Remainder of Page Intentionally Left Blank*]

JPMorganChase

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

October 01, 2026 through October 30, 2026
**Account Number:** [redacted]2359

**Customer Service Information**

If you have any questions about your statement, please contact your Customer Service Professional.

00093376 WBS 802 211 30426 NNNNNNNNNNN 1 000000000 80 0000 **AT 01**

ALLIED TELECOM GROUP, LLC
DEBTOR IN POSSESSION
2000 PENNSYLVANIA AVE NW
WASHINGTON DC 20006-1812

## Commercial Checking

## Summary

| | Number | Market Value/Amount | Shares |
|---|---|---|---|
| Opening Ledger Balance | | $36,056.98 | |
| Deposits and Credits | 28 | $749,339.01 | |
| Withdrawals and Debits | 30 | $695,639.75 | |
| Checks Paid | 0 | $0.00 | |
| **Ending Ledger Balance** | | **$89,756.24** | |

## Deposits and Credits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 10/01 | Online Transfer From Sav ...7237 Transaction#: 31034230105 | $100,000.00 |
| 10/01 | Orig CO Name:Democratic Natic Orig ID:P814448826 Desc Date:093026 CO Entry Descr:EFT Pymt Sec:CCD Trace#:055003299869683 Eed:261001 Ind ID:00000772 Ind Name:Allied Telecom EFT Payment Trn: 2749869683Tc | 4,790.55 |
| 10/02 | Orig CO Name:Fgs Global (US) Orig ID:9990802336 Desc Date:261001 CO Entry Descr:Payments Sec:CTX Trace#:021000027490458 Eed:261002 Ind ID:900000022431762 Ind Name:0010Allied Telecom G Trn: 2757490458Tc | 2,188.72 |
| 10/02 | Orig CO Name:Utilities Techno Orig ID:1526042453 Desc Date: CO Entry Descr:Corp Pay Sec:CCD Trace#:053101127490455 Eed:261002 Ind ID:Allied Telecom Ind Name:Allied Telecom Group Rmr*IV*1408*65291***65291****\ Trn: 2757490455Tc | 652.91 |
| 10/06 | Online Transfer From Sav ...7237 Transaction#: 31107227703 | 100,000.00 |
| 10/06 | Credit Return: Online ACH Payment 11239155596 To Rz1 (_#####1899) YOUR REF: 54344680628 | 9,900.00 |

* Annual Percentage Yield Earned - the percentage rate earned if balances remain on deposit for a full year with compounding, no change in the interest rate and all interest rate and all interest is left in the account.

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

JPMorganChase

October 01, 2026 through October 30, 2026
**Account Number:** [redacted]2359

## Deposits and Credits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 10/06 | Orig CO Name:National Policin Orig ID:1204895317 Desc Date: CO Entry Descr:Receivablesec:CCD Trace#:021000023665309 Eed:261006 Ind ID:996Cjezaz1CT54G Ind Name:Allied Telecom Group 996Cjezaz1CT54G National Policin Bi Ll.Com Inv 1178 Trn: 2793665309Tc | 620.21 |
| 10/07 | Remote Online Deposit 1 | 7,781.53 |
| 10/07 | Orig CO Name:Healthequity Inc Orig ID:1522383166 Desc Date:06 Oct CO Entry Descr:Healthequisec:PPD Trace#:091000019538754 Eed:261007 Ind ID:3455362 Ind Name:Allied Telecom Group, Trn: 2809538754Tc | 310.00 |
| 10/08 | Orig CO Name:Up For Growth Orig ID:9215986202 Desc Date:100526 CO Entry Descr:Bill_Pay Sec:CCD Trace#:021000024550777 Eed:261008 Ind ID:Up For Growth Ind Name:Allied Telecom Group ( Trn: 2814550777Tc | 403.31 |
| 10/09 | Orig CO Name:Usac Treas 310 Orig ID:9101036151 Desc Date:100926 CO Entry Descr: Misc Paysec:CCD Trace#:101036159579419 Eed:261009 Ind ID:143022365027005 Ind Name:Allied Telecom Group, Rmr*IV*Rh_1677403*Ai*7880.79*7880.7 9*0.00\Rmr*IV*Rh_1677478*Ai*7500.06 *7500.06*0 Trn: 2829579419Tc | 29,101.29 |
| 10/09 | Orig CO Name:World Justice PR Orig ID:1204895317 Desc Date: CO Entry Descr:Receivablesec:CCD Trace#:021000029579416 Eed:261009 Ind ID:996Gkrlbz1D726C Ind Name:Allied Telecom Group 996Gkrlbz1D726C World Justice PR Bi Ll.Com Inv 2952 Trn: 2829579416Tc | 615.85 |
| 10/09 | Orig CO Name:Collage Group, L Orig ID:1204895317 Desc Date: CO Entry Descr:Bill.Com Sec:CCD Trace#:021000029579413 Eed:261009 Ind ID:996Bltsti1D69Ec Ind Name:Allied Telecom Group, Collage Group, LLC Bill.Com 996Blts Ti1D69Ec Acct 00006429 - Inv 240202 Trn: 2829579413Tc | 5.18 |
| 10/13 | Fedwire Credit Via: Quaint Oak Bank/236074525 B/O: Allied Telecom Group LLC Arlington VA US Ref: Chase Nyc/Ctr/Bnf=Allied Telecom Group, LLC Washington DC 20006-1812 U S/Ac-000000006085 Rfb=Notprovided O Bi= Un Wire From Qcballied Telecom Gr Oup LLC1400 Crystal Drive Suite 700 Arlington VA 22202 Imad: 1013Mfp00063000051 Trn: 1287931286Ff YOUR REF: NOTPROVIDED | 75,000.00 |
| 10/13 | Online Transfer From Sav ...7237 Transaction#: 31194968080 | 400,000.00 |
| 10/13 | Orig CO Name:Dag Orig ID:1134220019 Desc Date:261013 CO Entry Descr:Vendor Sec:CCD Trace#:026003373143299 Eed:261013 Ind ID: Ind Name:Allied Telecom Group 61026816 Trn: 2863143299Tc | 648.55 |
| 10/14 | Deposit 2191555326 | 2,223.48 |
| 10/14 | Orig CO Name:Network Coverage Orig ID:1204895317 Desc Date: CO Entry Descr:Receivablesec:CCD Trace#:021000029152740 Eed:261014 Ind ID:996Ouwqhi1Dhohb Ind Name:Allied Telecom Group 996Ouwqhi1Dhohb Network Coverage Bi Ll.Com Inv 239044 Mw Trn: 2879152740Tc | 1,217.26 |
| 10/14 | Orig CO Name:Flight Safety Fo Orig ID:1204895317 Desc Date: CO Entry Descr:Receivablesec:CCD Trace#:021000029152737 Eed:261014 Ind ID:996Tdipig1Dhoha Ind Name:Allied Telecom Group 996Tdipig1Dhoha Flight Safety Fo Bi Ll.Com Inv 2438 Trn: 2879152737Tc | 500.31 |
| 10/15 | Orig CO Name:Washington Metro Orig ID:1204895317 Desc Date: CO Entry Descr:Receivablesec:CCD Trace#:021000022179182 Eed:261015 Ind ID:996Fqhcvf1Dnpsx Ind Name:Allied Telecom Group 996Fqhcvf1Dnpsx Washington Metro Bi Ll.Com Acct 5837 - Inv 2932 Trn: 2882179182Tc | 599.51 |
| 10/20 | Deposit 1305553715 | 4,077.69 |

JPMorganChase

October 01, 2026 through October 30, 2026
**Account Number:** [redacted]2359

## Deposits and Credits *(continued)*

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 10/20 | Orig CO Name:Smithbucklin Orig ID:1412078828 Desc Date:261019 CO Entry Descr:0075102026Sec:PPD Trace#:071006489322937 Eed:261020 Ind ID:Allie0015 Ind Name:Lightcore Metronet LLC EFT Batch # 277 Trn: 2939322937Tc | 3,294.53 |
| 10/22 | Orig CO Name:Preferred Travel Orig ID:9166101001 Desc Date:261022 CO Entry Descr:Corp Pay Sec:CCD Trace#:021000026669132 Eed:261022 Ind ID: Ind Name:Allied Telecom Group 2758 Trn: 2956669132Tc | 654.00 |
| 10/23 | Orig CO Name:Clean Energy Buy Orig ID:1204895317 Desc Date: CO Entry Descr:Bill.Com Sec:CCD Trace#:021000021799298 Eed:261023 Ind ID:996Fpwhgo1Eecoe Ind Name:Lightcore Metronet LLC Clean Energy Buyers Association Bil L.Com 996Fpwhgo1Eecoe Inv 2316 Trn: 2961799298Tc | 436.00 |
| 10/26 | Orig CO Name:National Allianc Orig ID:1204895317 Desc Date: CO Entry Descr:Receivablesec:CCD Trace#:021000025035112 Eed:261026 Ind ID:996Svnwoz1Ejkqz Ind Name:Allied Telecom Group 996Svnwoz1Ejkqz National Allianc Bi Ll.Com Inv 2655 Trn: 2995035112Tc | 490.51 |
| 10/27 | Orig CO Name:Oceana Inc Orig ID:2510401308 Desc Date: CO Entry Descr:Payment Sec:CCD Trace#:054001205854152 Eed:261027 Ind ID:15211 Ind Name:Allied Telecom Group Trn*\0\ Trn: 3005854152Tc | 931.95 |
| 10/28 | Orig CO Name:Career Education Orig ID:1204895317 Desc Date: CO Entry Descr:Receivablesec:CCD Trace#:021000026181243 Eed:261028 Ind ID:996Gtacpo1Es6lj Ind Name:Allied Telecom Group 996Gtacpo1Es6lj Career Education Bi Ll.Com Inv 2283 Trn: 3016181243Tc | 395.67 |
| 10/30 | Orig CO Name:Catholic Univers Orig ID:9653513000 Desc Date:261029 CO Entry Descr:Payments Sec:CTX Trace#:021000024281880 Eed:261030 Ind ID:0000027811 Ind Name:0010Lightcore Metron Trn: 3034281880Tc | 2,500.00 |
| **Total** | | **$749,339.01** |

## Withdrawals and Debits

| *Ledger Date* | *Description* | *Amount* |
|---|---|---|
| 10/01 | Online ACH Payment 11239155596 To Rz1 (_#####1899) YOUR REF: 54268120256 | $9,900.00 |
| 10/01 | Online ACH Payment 11239148497 To Mellc (_######8448) YOUR REF: 54268399496 | 33,096.77 |
| 10/02 | Orig CO Name:Alliedtelecomgro Orig ID:3383693141 Desc Date:261001 CO Entry Descr:Elec Fee Sec:CCD Trace#:091000019351285 Eed:261002 Ind ID:1900350 Ind Name:1900350 Processing Fee Trn: 2759351285Tc | 15.00 |
| 10/02 | Online Domestic Wire Transfer Via: Wells Fargo NA/121000248 A/C: Dundon Advisers LLC New York NY 10017 US Ref: Atg Case No. 25-00599 - September Invoice For 363 Sale Expense Reimbur Sement/Time/18:48 Imad: 1002Mmqfmp2L034065 Trn: 3804716275Es YOUR REF: CML OF 26/10/02 | 3,998.00 |
| 10/02 | Online ACH Payment 11239540978 To Callc (_######6702) YOUR REF: 54292881679 | 15,322.58 |
| 10/02 | Online Domestic Wire Transfer Via: Bk Amer Nyc/026009593 A/C: Hunton Andrews Kurth Llp Richmond VA 23219 US Ref: Atg File Number 128833.0000002 For Invoice 101283416 Imad: 1002Mmqfmp2K031850 Trn: 3812956275Es YOUR REF: CML OF 26/10/02 | 39,308.17 |

JPMorganChase

October 01, 2026 through October 30, 2026
**Account Number:** [redacted]2359

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 10/05 | Orig CO Name:Amplify Services Orig ID:1800948598 Desc Date: CO Entry Descr:Amplify Sesec:Web Trace#:091000013920754 Eed:261005 Ind ID:St-P8U0B0A4B8J9 Ind Name:Asha Trn: 2783920754Tc | 25,000.00 |
| 10/06 | Orig CO Name:Pnc Equipment Fi Orig ID:311109151 Desc Date:261005 CO Entry Descr:Leasechg Sec:CCD Trace#:041000125143773 Eed:261006 Ind ID:70122 Ind Name:Allied Telecom Group, 0000000000000004164 Trn: 2795143773Tc | 2,991.77 |
| 10/06 | Same-Day ACH Payment 11239845680 To Rz1 (_######1899) YOUR REF: 54345479128 | 9,900.00 |
| 10/07 | Orig CO Name:Healthequity Inc Orig ID:1522383166 Desc Date:06 Oct CO Entry Descr:Healthequisec:PPD Trace#:091000010968840 Eed:261007 Ind ID:3455362 Ind Name:Allied Telecom Group, Trn: 2800968840Tc | 142.88 |
| 10/08 | Orig CO Name:Paycor Inc. Orig ID:A311299990 Desc Date:154317 CO Entry Descr:Paycorfeessec:CCD Trace#:242071755926835 Eed:261008 Ind ID:78968446936649 Ind Name:Allied Telecom Group L 154317082226001 Trn: 2815926835Tc | 607.94 |
| 10/08 | Online ACH Payment 11240285496 To Anuviinc (_############7772) YOUR REF: 54388595094 | 20.00 |
| 10/08 | Online ACH Payment 11240278374 To Dyecomputerservices (_#####5518) YOUR REF: 54388831993 | 31,250.00 |
| 10/09 | Orig CO Name:Paya - Hq Orig ID:1541507947 Desc Date: CO Entry Descr:Bankcard Psec:CCD Trace#:242071751364815 Eed:261009 Ind ID:426398 Ind Name:Allied Telecom Group L Db Bankcard Processing Fees Septemb Er2026 Billing Collect:1157408721 Trn: 2821364815Tc | 55.00 |
| 10/13 | Online ACH Payment 11240810235 To Verizonnewaccount (_######1773) YOUR REF: 54461235563 | 400,000.00 |
| 10/13 | Online ACH Payment 11240835802 To Lightcoremetronetllc (_#####2088) YOUR REF: 54461396650 | 20,238.89 |
| 10/13 | Online ACH Payment 11240836108 To Internationalsignassociation (_########4254) YOUR REF: 54461395080 | 4,170.57 |
| 10/14 | Orig CO Name:Tasc Orig ID:8391561025 Desc Date:261012 CO Entry Descr:Funding Sec:CCD Trace#:071000281381324 Eed:261014 Ind ID:5CD50A9Deb3111F Ind Name:Allied Telecom Group, Tasc Trn: 2871381324Tc | 408.31 |
| 10/14 | Orig CO Name:Healthequity Inc Orig ID:1522383166 Desc Date:13 Oct CO Entry Descr:Healthequisec:PPD Trace#:091000011381326 Eed:261014 Ind ID:3455362 Ind Name:Allied Telecom Group, Trn: 2871381326Tc | 108.81 |
| 10/14 | Online ACH Payment 11241045366 To Newyorkpsychotherapycounseling (_######2604) YOUR REF: 54478477445 | 29,101.29 |
| 10/15 | Account Analysis Settlement Charge | 407.01 |
| 10/21 | Orig CO Name:Healthequity Inc Orig ID:1522383166 Desc Date:20 Oct CO Entry Descr:Healthequisec:PPD Trace#:091000015571069 Eed:261021 Ind ID:3455362 Ind Name:Allied Telecom Group, Trn: 2945571069Tc | 119.60 |
| 10/22 | Online ACH Payment 11242339760 To Lightcoremetronetllc (_#####2088) YOUR REF: 54604171033 | 14,025.10 |
| 10/27 | Orig CO Name:Jp Morgan Chase Orig ID:36-0899825 Desc Date:102626 CO Entry Descr:Comm Card Sec:CCD Trace#:021000026539968 Eed:261027 Ind ID:556375790009613 Ind Name:Allied Telecom Autopay Trn: 3006539968Tc | 324.11 |

JPMorganChase

October 01, 2026 through October 30, 2026
**Account Number:** [redacted]2359

## Withdrawals and Debits *(continued)*

| Ledger Date | Description | Amount |
|---|---|---|
| 10/28 | Orig CO Name:Heyday Workplace Orig ID:1204895317 Desc Date: CO Entry Descr:Bill.Com Sec:CCD Trace#:021000027587743 Eed:261028 Ind ID:996Mozpcg1Ep00D Ind Name:Allied Telecom Group, Heyday Workplaces 2000 Penn - Inv # 5290 Trn: 3017587743Tc | 75.00 |
| 10/29 | Orig CO Name:Tasc Orig ID:8391561025 Desc Date:261027 CO Entry Descr:Funding Sec:CCD Trace#:071000287256985 Eed:261029 Ind ID:34A89Fe351A3Ed5 Ind Name:Allied Telecom Group, Trn: 3027256985Tc | 408.31 |
| 10/30 | Same-Day ACH Payment 11243601184 To Lightcoremetronetllc (_#####2088) YOUR REF: 54720633624 | 5,244.64 |
| 10/30 | Online ACH Payment 11243601720 To Rz1 (_######1899) YOUR REF: 54736607139 | 9,900.00 |
| 10/30 | Online ACH Payment 11243609796 To Mellc (_######8448) YOUR REF: 54736593040 | 27,000.00 |
| 10/30 | Online ACH Payment 11243610046 To Callc (_######6702) YOUR REF: 54736570512 | 12,500.00 |
| **Total** | | **$695,639.75** |

## Daily Balance

| Date | Ledger Balance | Date | Ledger Balance |
|---|---|---|---|
| 10/01 | $97,850.76 | 10/20 | $153,944.87 |
| 10/02 | $42,048.64 | 10/21 | $153,825.27 |
| 10/05 | $17,048.64 | 10/22 | $140,454.17 |
| 10/06 | $114,677.08 | 10/23 | $140,890.17 |
| 10/07 | $122,625.73 | 10/26 | $141,380.68 |
| 10/08 | $91,151.10 | 10/27 | $141,988.52 |
| 10/09 | $120,818.42 | 10/28 | $142,309.19 |
| 10/13 | $172,057.51 | 10/29 | $141,900.88 |
| 10/14 | $146,380.15 | 10/30 | $89,756.24 |
| 10/15 | $146,572.65 | | |

Your service charges, fees and earnings credit have been calculated through account analysis.

This Page Intentionally Left Blank

JPMorganChase

October 01, 2026 through October 30, 2026
**Account Number:** [redacted]2359

Allied Telecom Group, LLC
Debtor IN Possession

## Stop Payment Renewal Notice

Account Number [redacted]2359 Bank Number: 802

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
|---|---|---|---|---|---|
| —— | 0000001 | 01/08/2026 | 01/08/2027 | | $1,766.54 |

Allied Telecom Group, LLC
Debtor IN Possession
2000 Pennsylvania Ave Nw
Washington DC 20006-1812

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus OH 43218-2051

This Page Intentionally Left Blank

JPMorganChase

JPMorgan Chase Bank, N.A.
P O Box 44959
Indianapolis, IN 46244 - 4959

October 01, 2026 through October 30, 2026
Account Number: [redacted]7237

## CUSTOMER SERVICE INFORMATION

If you have any questions about your statement, please contact your Customer Service Professional.

00012409 DDA 802 141 30526 NNNNNNNNNNN T 1 000000000 61 0000 AT 01

ALLIED TELECOM GROUP, LLC
DEBTOR IN POSSESSION
2000 PENNSYLVANIA AVE NW
WASHINGTON DC 20006-1812

## SAVINGS SUMMARY

Commercial Money Market Savings

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$738,104.42** |
| Deposits and Additions | 1 | 131.15 |
| Electronic Withdrawals | 3 | - 600,000.00 |
| Other Withdrawals, Fees & Charges | 1 | - 80.50 |
| **Ending Balance** | **5** | **$138,155.07** |

| | |
|---|---|
| Interest Paid This Period | $131.15 |
| Interest Paid Year-to-Date | $1,628.05 |

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$738,104.42** |
| 10/01 | Online Transfer To Chk ...2359 Transaction#: 31034230105 | - 100,000.00 | 638,104.42 |
| 10/06 | Online Transfer To Chk ...2359 Transaction#: 31107227703 | - 100,000.00 | 538,104.42 |
| 10/13 | Online Transfer To Chk ...2359 Transaction#: 31194968080 | - 400,000.00 | 138,104.42 |
| 10/15 | Account Analysis Settlement Charge | - 80.50 | 138,023.92 |
| 10/30 | Interest Payment | **131.15** | 138,155.07 |
| | **Ending Balance** | | **$138,155.07** |

Your service charges, fees and earnings credit have been calculated through account analysis.

JPMorganChase

October 01, 2026 through October 30, 2026
Account Number: [redacted]7237

## INTEREST RATE ON COLLECTED BALANCE

| INTEREST RATE(S) | | | | | |
|---|---|---|---|---|---|
| | 10/01 | TO | 10/31 | AT | 0.50% |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

JPMorganChase

October 01, 2026 through October 30, 2026
Account Number: [redacted]7237

# STOP PAYMENT RENEWAL NOTICE

ACCOUNT NUMBER [redacted]7237 BANK NUMBER 802

The following Stop Payments will automatically renew for a 1-year period. You can revoke a current stop payment via your online channel (Chase.com or JPM ACCESS) or by calling the number on your statement or contacting your Customer Service Representative.

| REVOKE STOP | SEQUENCE NUMBER | DATE ENTERED | RENEWAL DATE | LOW RANGE OR CHECK NUMBER | HIGH RANGE OR AMOUNT |
|---|---|---|---|---|---|
| ☐ | 0000003-04 | 01/08/26 | 01/08/27 | | $1,766.54 |

10124090202000000062

Allied Telecom Group, LLC
Debtor IN Possession
2000 Pennsylvania Ave Nw
Washington DC 20006-1812

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus OH 43218-2051

JPMorganChase

October 01, 2026 through October 30, 2026
Account Number: [redacted]7237

This Page Intentionally Left Blank

FirstCitizensBank

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

IM EST
214

02472
ALLIED TELECOM GROUP LLC
BY INTESERRA INC
151 SOUTHHALL LN STE 450
MAITLAND FL 32751-7101

**Your Account(s) At A Glance**
**Checking Balance** **1,352.90+**

Statement Period: October 1 , 2026 Thru October 31, 2026 Account Number : [redacted]1760

## Analysis Business Checking

Account Number : [redacted]1760 Enclosures In Statement: 0

| | | | |
|---|---|---|---|
| **Beginning Balance** | **2,288.13+** | Statement Period Days | 31 |
| 0 Deposits | 0.00 | Average Ledger Balance | 1,937.39+ |
| 0 Other Credits | 0.00 | | |
| 2 Checks | 150.57- | | |
| 1 Other Debits | 784.66- | | |
| Monthly Service Charge | 0.00 | | |
| **Ending Balance** | **1,352.90+** | | |

## Checks Paid From Your Account

| Check No. | Date | Amount | Check No. | Date | Amount |
|---|---|---|---|---|---|
| 1079 | 10-05 | 46.64 | 1080 | 10-15 | 103.93 |

*Prior Check Number(s) Not Included or Out of Sequence.

## Other Debits From Your Account

| Date | Description | Amount |
|---|---|---|
| 10-22 | Trs Payment Obligation 0000 | 784.66 |
| | Total | 784.66 |

## Daily Balance Summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 10-05 | 2,241.49+ | 10-15 | 2,137.56+ | 10-22 | 1,352.90+ |

**Get a more current view of your available funds.** Beginning December 7, ACH debits will be reflected in your available balance in real time, giving you a more current view of available funds. ACH debits with an effective date that falls on a weekend or holiday will be reflected on the next business day. Certain exceptions may apply. ACH debits may not always be reflected in your available balance in real time, displayed as pending transactions or posted to your account during nightly processing. If you have questions about an ACH debit, please contact us for assistance.

Bus (10/26-12/26)

Direct Customer Inquiry Calls To
Personal 1-888-323-4732
Business 1-866-322-4249

First Citizens Bank

Statement Period: October 1 , 2026 Thru October 31, 2026 Account Number : [redacted]1760

## FOLLOW THESE EASY STEPS TO BALANCE YOUR CHECKING ACCOUNT

1. Write here the ending balance shown on the front of this statement.
2. Add deposits not credited in this statement. (Use table A.)
3. Total of lines 1 and 2.
4. Checks and other debits outstanding not charged to your account. (Use table B.)
5. Subtract line 4 from line 3. This should be your current checkbook balance.

| | | |
|---|---|---|
| 1 | $ | |
| 2 | +$ | |
| 3 | =$ | |
| 4 | −$ | |
| 5 | =$ | |

Note: If your statement does not balance, please check to be sure you have entered in your check register all automatic transactions (service charges, advances, payments, drafts etc.) shown on the front of your statement. Please notify the Bank promptly of any discrepancy in your account statement.

**A.** Deposits/Credits

| Date | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| Total Amount | | |

**B.** Outstanding Checks/Debits

| Number | Amount | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Amount | | |

**How to Compute Interest Charges on Your Line of Credit.** We figure the interest charge on your account by applying the periodic rate to your "average daily balance" (including current transactions). To get the "average daily balance," we first determine the daily balance of your Account each day. We take the beginning balance of your account each day, add any new advances and charges, and subtract any new payments or credits and any unpaid interest charges, credit insurance premiums, late charges and other charges that have been posted to the account. These calculations give us the daily balance. Then, we add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle. This gives us the "average daily balance." Next, we multiply the "average daily balance" by the daily periodic rate applicable to your account. The daily periodic rate is determined by dividing the Annual Percentage Rate by the number of days in the year. That result is then multiplied by the number of days in the billing cycle to obtain the monthly interest charge. Automatic payment debits are posted to your account after your "average daily balance" is calculated. Interest charges and any credit insurance premiums that accrue during each billing cycle are added to the balance of your account on the last day of the billing cycle prior to the calculation of your minimum payment.

**Variable Rate.** Unless the terms of your revolving line of credit specify that the rate is fixed, your daily periodic rate and Annual Percentage Rate are variable rates subject to change each month.

**What To Do If You Think You Find A Mistake On Your Statement (Consumer Accounts Only).** If you think there is an error on your statement, write to us at the address shown on page one of your statement. In your letter, give us the following information: (1) *Account information:* Your name and account number. (2) *Dollar amount:* The dollar amount of the suspected error. (3) *Description of Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake. You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true: (1) We cannot try to collect the amount in question, or report you as delinquent on that amount; (2) The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount; (3) While you do not have to pay the amount in question, you are responsible for the remainder of your balance; (4) We can apply any unpaid amount against your credit limit.

**Your Rights If You Are Dissatisfied With Your Credit Card Purchases (Consumer Accounts Only).** This section applies if you access your line of credit using a credit card. If you are dissatisfied with the goods or services that you have purchased with your credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the purchase. To use this right, all of the following must be true: (1) The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.) (2) You must have used your credit card for the purchase. Purchases made with cash advances from an ATM or with a check that accesses your credit card account do not qualify. (3) You must not yet have fully paid for the purchase. If all of the criteria above are met and you are still dissatisfied with the purchase, contact us *in writing* at Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903; or by calling our Customer Contact Center at 1.888.323.4732. If you call, we may require you to provide us with a written statement concerning your dissatisfaction with the purchase. While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

**Liability for Unauthorized Use of Credit Card (Consumer Accounts Only).** If you notice the loss or theft of your credit card or a possible unauthorized use of your card, you should write to us immediately at: Credit Card Center-RVA01, P.O. Box 1580, Roanoke, VA 24007-9903, or call us at our Customer Contact Center, 1.888.323.4732. You will not be liable for any unauthorized use that occurs after you notify us. You may, however, be liable for unauthorized use that occurs before your notice to us. In any case, your liability will not exceed $50.

**Credit History Errors.** If you believe we have inaccurately reported information about your account history to a consumer reporting agency, please notify us in writing at the Bank address stated on page one of your statement.

**Prompt Crediting of Payments.** To receive credit for a payment on the date we receive the payment, we must receive your payment prior to 5:00 p.m. on a Bank business day (any day except Saturday, Sunday or a bank holiday). If paying at a branch or by mail, then payments must include the payment coupon. In addition, if paying by mail, payment must be mailed to the specific address furnished by the Bank. Payments received at any of our ATMs; payments received on a business day after 5:00 p.m.; payments received at a branch or by mail without a coupon; and, payments received on a day that is not a Bank business day, will be credited to your account no later than the next Bank business day.

**Preauthorized Deposits.** If direct deposits are made to your account at least every 60 days by the same person or entity, you can call us at the telephone number shown on page one of your statement to find out whether the deposit has been made.

First Citizens Bank 02472

Statement Period: October 1 , 2026 Thru October 31, 2026 Account Number : [redacted]1760

**In Case of Errors or Questions About Your Electronic Transfers (Consumer Accounts Only).** If you think your statement or receipt is wrong or if you need more information about a transfer on a statement or receipt, telephone or write us as soon as you can at the telephone number or address which appears on page one of your statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You must: (1) tell us your name and account number; (2) describe the error or the transfer you are unsure about (including the date it occurred), and explain as clearly as you can why you believe it is in error or why you need more information; and (3) tell us the dollar amount of the suspected error. We will investigate your complaint and correct any error promptly. We may take up to 45 days to complete our investigation (90 days for transfers initiated outside the U.S. or resulting from point-of-sale debit-card transactions). If we take more than 10 business days (5 days for certain Visa® Check Card transactions; 20 days for certain new accounts), we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes to complete our investigation.

**Credit Limit.** When you make a payment on your account, we may, at our option, delay advancing additional funds from your line of credit in reliance on that payment until we confirm that your payment has been fully and finally collected. If we placed a hold on a credited payment pending our final determination of collectability, the "Available Credit" amount on the front page of this statement will **not** reflect this payment and funds in the amount of the hold will **not** be available to you for subsequent advances until we confirm that your payment has been fully and finally collected.

**Interest Charge.** The term "Interest Charge" on your statement has the same meaning as the term "Finance Charge" that may appear in your revolving line of credit documents.

This page is intentionally left blank

First Citizens Bank

Central Bank Operations - DAC02
P.O. Box 27131
Raleigh, NC 27611-7131

02472

ALLIED TELECOM GROUP LLC
BY INTESERRA INC
151 SOUTHHALL LN STE 450
MAITLAND FL 32751-7101

Statement Period: October 1 , 2026 Thru October 31, 2026

Account Number : [redacted]1760



Allied Telecom Group, LLC
151 Southhall Lane, Ste 450
Maitland, FL 32751

First Citizens Bank
Oklahoma City, Oklahoma

01079

Date: 9/28/2026

Forty Six Dollars and Sixty Four Cents

$ 46.84

North American Numbering Plan
WELCH LLP
PO Box 745466
Atlanta, GA 30374-5466

[redacted]1760⑈

Chk# 1079 $46.64



Allied Telecom Group, LLC
151 Southhall Lane, Ste 450
Maitland, FL 32751

First Citizens Bank
Oklahoma City, Oklahoma

01080

Date: 10/14/2026

One Hundred Three Dollars and Ninety Three Cents

$ 103.93

DC USTF
Solix, Inc. - DC USTF
PO Box 785652
Philadelphia, PA 19178-5652

[redacted]1760⑈

Chk# 1080 $103.93

quaint oak | bank
In Your Best Interest

## Statement Ending 10/31/2026

*ALLIED TELECOM GROUP LLC* **Page 1 of 2**

**Customer Number:XXXXXX014**

**RETURN SERVICE REQUESTED**

ALLIED TELECOM GROUP LLC
1400 CRYSTAL DR STE 700
ARLINGTON VA 22202-4153

### Managing Your Accounts

| | |
|---|---|
| Banking Office | Delaware Valley |
| Phone Number | 215-364-4059<br>7-1-1 for TTY |
| Mailing Address | 501 Knowles Avenue<br>Southampton, PA 18966 |
| Online Access | QuaintOak.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXX014 | $25,020.50 |

## BUSINESS CHECKING - XXXXXX014

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **10/01/2026** | **Beginning Balance** | **$25,020.50** |
| | 0 Credit(s) This Period | $0.00 |
| | 0 Debit(s) This Period | $0.00 |
| **10/31/2026** | **Ending Balance** | **$25,020.50** |

### Daily Balances

| Date | Amount |
|---|---|
| 10/01/2026 | $25,020.50 |

EQUAL HOUSING LENDER
Member FDIC

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECKS OUTSTANDING – NOT CHARGED TO ACCOUNT

| NO. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

BANK BALANCE SHOWN ON THIS STATEMENT $ ____________

ADD +

DEPOSITS NOT CREDITED IN THIS STATEMENT (IF ANY) $ ____________

____________

____________

TOTAL $ ____________

SUBTRACT –

CHECKS OUTSTANDING $ ____________

BALANCE $ ____________

SHOULD AGREE WITH CHECKBOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT FOR PREVIOUS MONTH.

EQUAL HOUSING LENDER

FDIC

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at the telephone number or write us at the address on the statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account or a point-of-sale transaction) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made, if you are a new customer.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

quaint oak | bank
In Your Best Interest

## Statement Ending 10/31/2026

ALLIED TELECOM GROUP LLC Page 1 of 2
Customer Number:XXXXXX507

RETURN SERVICE REQUESTED

ALLIED TELECOM GROUP LLC
1400 CRYSTAL DR STE 700
ARLINGTON VA 22202-4153

### Managing Your Accounts

| | |
|---|---|
| Banking Office | Delaware Valley |
| Phone Number | 215-364-4059<br>7-1-1 for TTY |
| Mailing Address | 501 Knowles Avenue<br>Southampton, PA 18966 |
| Online Access | QuaintOak.com |

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXX507 | $48,439.79 |

## BUSINESS CHECKING - XXXXXX507

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **10/01/2026** | **Beginning Balance** | **$117,261.87** |
| | 6 Credit(s) This Period | $6,177.92 |
| | 1 Debit(s) This Period | $75,000.00 |
| **10/31/2026** | **Ending Balance** | **$48,439.79** |

### Electronic Credits

| Date | Description | Amount |
|---|---|---|
| 10/08/2026 | ACH Deposit<br>The Appraisal Fo VENDOR PMT | $490.51 |
| 10/08/2026 | ACH Deposit<br>BILLPAY Landow Co | $842.57 |
| 10/13/2026 | ACH Deposit<br>Scale AI, Inc. TMATE | $1,199.00 |
| 10/16/2026 | ACH Deposit<br>GRAIN MANAGEMENT PAYMENTS | $981.00 |
| 10/16/2026 | ACH Deposit<br>Essensys, Inc EDI PYMNTS | $2,174.33 |
| 10/23/2026 | ACH Deposit<br>The Appraisal Fo VENDOR PMT | $490.51 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 10/13/2026 | IB Wire Debit<br>df54d1984b Allied Telecom Group LLC Outgoing | $75,000.00 |

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 10/01/2026 | $117,261.87 | 10/13/2026 | $44,793.95 | 10/23/2026 | $48,439.79 |
| 10/08/2026 | $118,594.95 | 10/16/2026 | $47,949.28 | | |

EQUAL HOUSING LENDER
Member FDIC

### THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

CHECKS OUTSTANDING – NOT CHARGED TO ACCOUNT

| NO. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

BANK BALANCE SHOWN ON THIS STATEMENT $ ________

ADD +

DEPOSITS NOT CREDITED IN THIS STATEMENT (IF ANY) $ ________

TOTAL $ ________

SUBTRACT –

CHECKS OUTSTANDING $ ________

BALANCE $ ________

SHOULD AGREE WITH CHECKBOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT FOR PREVIOUS MONTH.

EQUAL HOUSING LENDER

FDIC

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

Telephone us at the telephone number or write us at the address on the statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account or a point-of-sale transaction) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made, if you are a new customer.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

quaint oak | bank
In Your Best Interest

**Statement Ending 10/31/2026**

*ALLIED TELECOM GROUP LLC* **Page 1 of 2**

**Customer Number:XXXXXX379**

**RETURN SERVICE REQUESTED**

ALLIED TELECOM GROUP LLC
1400 CRYSTAL DR STE 700
ARLINGTON VA 22202-4153

## Managing Your Accounts

| | |
|---|---|
| Banking Office | Delaware Valley |
| Phone Number | 215-364-4059<br>7-1-1 for TTY |
| Mailing Address | 501 Knowles Avenue<br>Southampton, PA 18966 |
| Online Access | QuaintOak.com |

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| BUSINESS CHECKING | XXXXXX379 | $15,473.83 |

## BUSINESS CHECKING - XXXXXX379

### Account Summary

| Date | Description | Amount |
|---|---|---|
| **10/01/2026** | **Beginning Balance** | **$15,493.83** |
| | 0 Credit(s) This Period | $0.00 |
| | 1 Debit(s) This Period | $20.00 |
| **10/31/2026** | **Ending Balance** | **$15,473.83** |

### Other Debits

| Date | Description | Amount |
|---|---|---|
| 10/13/2026 | Wire Fee<br>Wire Fee | $20.00 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 10/01/2026 | $15,493.83 | 10/13/2026 | $15,473.83 |

EQUAL HOUSING LENDER Member FDIC

**THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

CHECKS OUTSTANDING – NOT CHARGED TO ACCOUNT

| NO. | $ | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | $ | |

BANK BALANCE SHOWN ON THIS STATEMENT $ ____________

ADD +

DEPOSITS NOT CREDITED IN THIS STATEMENT (IF ANY) $ ____________

TOTAL $ ____________

SUBTRACT –

CHECKS OUTSTANDING $ ____________

BALANCE $ ____________

SHOULD AGREE WITH CHECKBOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT FOR PREVIOUS MONTH.

EQUAL HOUSING LENDER

FDIC

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**

Telephone us at the telephone number or write us at the address on the statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days if the transfer involved a new account or a point-of-sale transaction) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made, if you are a new customer.

We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation.

You may ask for copies of the documents that we used in our investigation.

# Commercial Business Checking

Account number: [redacted] **4657** ■ October 1, 2026 - October 31, 2026 ■ Page 1 of 1

WELLS FARGO

ALLIED TELECOM GROUP LLC
DEBTOR IN POSSESSION
CH11 CASE #25-00599 (DC)
1400 CRYSTAL DR STE 700
ARLINGTON VA 22202-4153

**Questions?**

Call Global Payments & Liquidity Service
**1-800-AT WELLS** (1-800-289-3557)

*Online:* *wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (389)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### *Commercial Business Checking*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| [redacted]4657 | $48,420.16 | $0.00 | -$665.84 | $47,754.32 |

## Debits

### Electronic debits/bank debits

| *Effective date* | *Posted date* | *Amount* | | *Transaction detail* |
|---|---|---|---|---|
| | 10/01 | 293.70 | < | Business to Business ACH Debit - Bankcard Mtot Disc 261001 422899772600251 Allied Telecom |
| | 10/02 | 30.00 | | Authnet Gateway Billing xxxxx0994 Allied Telecom Group |
| | 10/13 | 342.14 | | Client Analysis Srvc Chrg 261009 Svc Chge 0926 [redacted]4657 |
| | | **$665.84** | | **Total electronic debits/bank debits** |
| | | **$665.84** | | **Total debits** |

< ***Business to Business ACH:*** *If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

## Daily ledger balance summary

| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|---|---|
| 09/30 | 48,420.16 | 10/02 | 48,096.46 | 10/13 | 47,754.32 |
| 10/01 | 48,126.46 | | | | |

**Average daily ledger balance** **$47,887.72**

©2026 Wells Fargo Bank, N.A
All rights reserved. Member FDIC.